**SHA-1 Hash:** 625659538761601BE56B75C3D1DF1053A7C8BB28        **Title:** X-Art Siterip #2
**Rights Owner:** Malibu Media

| Defendant # | IP | Defendant | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|---|
| 1 | 184.96.0.193 | Jeff Fantalis | 1/14/2012 5:14 | Longmont | CO | Qwest Communications | BitTorre |
| 2 | 184.99.247.212 | Bruce Dunn | 1/18/2012 3:21 | Denver | CO | Qwest Communications | BitTorre |
| 3 | 184.99.255.39 | Stephen Deus | 12/20/2011 5:58 | Denver | CO | Qwest Communications | BitTorre |

EXHIBIT A

CO42