/26/12 Case 1:12-cv-00886-MEH Document 1-2 Filed 04/04/12 USDC Colorado Page 1 of 16

WebVoyage Record View



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = kat trans
Search Results: Displaying 1 of 1 entries



*Kat Translucence.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762073 / 2011-11-19 |
| **Application Title:** | Kat Translucence. |
| **Title:** | Kat Translucence. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-11-20 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |





## EXHIBIT B

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=kat+trans&Search_... 1/



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = megan morning
Search Results: Displaying 1 of 1 entries



*Megan Morning Bath.*

|  |  |
|--|--|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762077 / 2011-11-18 |
| **Application Title:** | Megan Morning Bath. |
| **Title:** | Megan Morning Bath. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-02-12 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



**Save, Print and Email (Help Page)**

Select Download Format  Full Record   [Format for Print/Save]

Enter your email address:   [Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = carlie beautiful
Search Results: Displaying 1 of 1 entries

*Carlie Beautiful Blowjob.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762079 / 2011-11-21 |
| **Application Title:** | Carlie Beautiful Blowjob. |
| **Title:** | Carlie Beautiful Blowjob. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-03-26 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



**Save, Print and Email (Help Page)**
Select Download Format Full Record   Format for Print/Save
Enter your email address:   Email

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = carlie leila
Search Results: Displaying 1 of 1 entries



*Carlie Leila Strawberries and Wine.*

      **Type of Work:** Motion Picture
  **Registration Number / Date:** PA0001762081 / 2011-11-18
     **Application Title:** Carlie Leila Strawberries and Wine .
         **Title:** Carlie Leila Strawberries and Wine .
       **Description:** Electronic file (eService)
    **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
      **Date of Creation:** 2010
    **Date of Publication:** 2010-05-07
  **Nation of First Publication:** United States
  **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
         **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record   [▼]   [Format for Print/Save] |
| Enter your email address:   [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = mina's fantasy
Search Results: Displaying 1 of 2 entries



*Mina's Fantasy.*

        **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762078 / 2011-11-23
        **Application Title:** Mina's Fantasy.
        **Title:** Mina's Fantasy.
        **Description:** Electronic file (eService)
    **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
        **Date of Creation:** 2010
    **Date of Publication:** 2010-06-25
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
        **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record [Format for Print/Save] |
| Enter your email address: [Email] |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = katka
Search Results: Displaying 2 of 4 entries



*Katka Cum Like Crazy.*

| | |
|---|---|
| Type of Work: | Motion Picture |
| Registration Number / Date: | PA0001762074 / 2011-11-21 |
| Application Title: | Katka Cum Like Crazy. |
| Title: | Katka Cum Like Crazy. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| Date of Creation: | 2010 |
| Date of Publication: | 2010-07-07 |
| Nation of First Publication: | United States |
| Authorship on Application: | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| Names: | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record   [▼]   [Format for Print/Save] |
| Enter your email address:                                    [Email] |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = kristen girl
Search Results: Displaying 1 of 1 entries



*Kristen Girl Next Door.*

              **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762076 / 2011-11-18
         **Application Title:** Kristen Girl Next Door.
                 **Title:** Kristen Girl Next Door.
              **Description:** Electronic file (eService)
       **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
           **Date of Creation:** 2010
        **Date of Publication:** 2010-08-25
**Nation of First Publication:** United States
  **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
                 **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▼  [ Format for Print/Save ] |
| Enter your email address: [ Email ] |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tori the
Search Results: Displaying 3 of 6 entries



*Tori The Endless Orgasm.*

      **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762082 / 2011-11-18
   **Application Title:** Tori The Endless Orgasm.
        **Title:** Tori The Endless Orgasm.
     **Description:** Electronic file (eService)
  **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
    **Date of Creation:** 2010
  **Date of Publication:** 2010-10-20
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
        **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
| --- |
| Select Download Format   Full Record   [▼]   [ Format for Print/Save ] |
| Enter your email address:   [ Email ] |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = katka sweet
Search Results: Displaying 1 of 1 entries

 

*Katka Sweet Surprise.*

|  |  |
|---|---|
| Type of Work: | Motion Picture |
| Registration Number / Date: | PA0001762075 / 2011-11-18 |
| Application Title: | Katka Sweet Surprise. |
| Title: | Katka Sweet Surprise. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| Date of Creation: | 2010 |
| Date of Publication: | 2010-08-04 |
| Nation of First Publication: | United States |
| Authorship on Application: | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| Names: | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [▼]  [ Format for Print/Save ] |
| Enter your email address: [ Email ] |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = leila sex
Search Results: Displaying 1 of 1 entries



*Leila Sex On The Beach.*

|                              |                                                                                                   |
|------------------------------|---------------------------------------------------------------------------------------------------|
| **Type of Work:**            | Motion Picture                                                                                    |
| **Registration Number / Date:** | PA0001762083 / 2011-11-21                                                                      |
| **Application Title:**       | Leila Sex On The Beach.                                                                           |
| **Title:**                   | Leila Sex On The Beach.                                                                           |
| **Description:**             | Electronic file (eService)                                                                        |
| **Copyright Claimant:**      | Malibu Media LLC. Address: 31356 Broad Beach Rd., Malibu, CA, 90265, United States.               |
| **Date of Creation:**        | 2010                                                                                              |
| **Date of Publication:**     | 2010-12-22                                                                                        |
| **Nation of First Publication:** | United States                                                                                 |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:**                   | Malibu Media LLC                                                                                  |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record [▼] [Format for Print/Save] |
| Enter your email address: [Email] |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tiffany teen
Search Results: Displaying 1 of 1 entries





*Tiffany Teenagers In Love.*

|  |  |
|---|---|
| Type of Work: | Motion Picture |
| Registration Number / Date: | PA0001762019 / 2011-11-20 |
| Application Title: | Tiffany Teenagers In Love. |
| Title: | Tiffany Teenagers In Love. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| Date of Creation: | 2010 |
| Date of Publication: | 2010-12-29 |
| Nation of First Publication: | United States |
| Authorship on Application: | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| Names: | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [Format for Print/Save] |
| Enter your email address: [Email] |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page





# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tiffany SEX
Search Results: Displaying 1 of 1 entries



*Tiffany Sex with a Supermodel.*

|  |  |
|---|---|
| Type of Work: | Motion Picture |
| Registration Number / Date: | PA0001762022 / 2011-11-21 |
| Application Title: | Tiffany Sex with a Supermodel. |
| Title: | Tiffany Sex with a Supermodel. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| Date of Creation: | 2011 |
| Date of Publication: | 2011-02-23 |
| Nation of First Publication: | United States |
| Authorship on Application: | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| Names: | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [▼]  [ Format for Print/Save ] |
| Enter your email address:  [ Email ] |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = maryjane young
Search Results: Displaying 1 of 1 entries



*MaryJane Young Love.*

           **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762404 / 2011-11-23
           **Application Title:** MaryJane Young Love.
                    **Title:** MaryJane Young Love.
              **Description:** Electronic file (eService)
       **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
          **Date of Creation:** 2011
      **Date of Publication:** 2011-08-15
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
                  **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [Format for Print/Save] |
| Enter your email address: [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

X-Art Siterip #2
Unregistered Titles

- Tiffany Faye After Sunset
- Capri The Day We Met
- Caprice Francesca Double the Pleasure
- Caprice Francesca Midnight Experience
- Caprice Fucking Perfection
- Caprice Gabriella Come to Me
- Caprice One Fine Day
- Caprice Sunshine The Spanish Garden
- Caprice Winter Blues
- Carla Girl in My Shower
- Carlie Angel
- Faye Prelude to an Orgy
- Francesca Caribbean Christmas
- Francesca Flesh for Fantasy
- Gabriella Siempre En Mi Corazon
- Hayden Pink and Tight
- Katka Mikah Tenderness
- Katka My Best Friends Boyfriend
- Katrina Watch Me Cum
- Leila Christian Sex with Passion
- Leila Faye Awesome Threesome
- Leila Naked in the Hot Sun
- Mary Show You My Love
- Mary Stolen Moment
- Shyla Naughty Angel
- Tatiana The Voyeur
- Tiffany Caprice Just Us Girls
- Tiffany Mutual Orgasm
- Annemarie More Than Ever
- Caprice Cathryn Once We Kiss
- Caprice Deep Inside
- Caprice Hot Bath
- Caprice Leila Tropical Fantasy
- Caprice Solitude
- Carlie Big Toy Orgasm
- Carlie Cum Closer
- Carlie Leila Intimo
- Carlie Misty Morning
- Carlie She Cums in Colors
- Carlie Sunset
- Cathryn Just for You

- Emma Daddy's Office
- Emma Pink Like Sugar
- Emma Private Tutor
- Eufrat After Party
- Eufrat In A Dream
- Francesca Angelic
- Francesca Breanne Girls With Glasses
- Francesca Capri Just The Two of Us
- Francesca Capri Malibu Daze
- Francesca Could Have Loved You
- Francesca Sunset in Malibu
- Georgia Francesca My Eden
- Gigi Girlfriends Back
- Hayden Gigi Play Time
- Kat 1969
- Katka Two Into One
- Kristen Pink on the Inside
- Leila Blue Dream
- Leila Francesca The Wetter The Better
- Lilly Angels Lips
- Lilly Sweet Dreams
- Marie Art of Anal Sex
- Marie Sexy Dance
- Mary If Only It Were You
- Mary Pure Passion
- Megan Bedtime Beauty
- Megan Dreaming of You
- Mia Love Sex Happiness
- Mina Beauty and the Beast
- Monique Love to Fuck
- Monique Playtime for Pussy
- Reina Patsy Girls Night
- Ruby Jennifer Wet and Wild
- Ruby Summer Love
- Sam Marie Ultimate Blowjob
- Sasha D Between the Sheets
- Silvie Erica Girlfriends
- Silvie Just Married
- Silvie Morning to Remember
- Silvie Perfect Lovers
- Silvie Self Pleasure
- Stacy Erica Her First Threesome
- Stacy Poolside Romp
- Star Summer Day

- Stevie Trouble
- Susie Cream Dream
- Tatiana Voyeur Part 2
- Tiffany Absolutely Gorgeous
- Tiffany Caprice Francesca Three in the Morning
- Tiffany Seaside Fantasy
- Tori Torrid Love
- Victoria Melanie Every Mans Desire
- Victoria More Than Just Friends