

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = kat trans
Search Results: Displaying 1 of 1 entries



*Kat Translucence.*

|  |  |
|---|---|
| Type of Work: | Motion Picture |
| Registration Number / Date: | PA0001762073 / 2011-11-19 |
| Application Title: | Kat Translucence. |
| Title: | Kat Translucence. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| Date of Creation: | 2009 |
| Date of Publication: | 2009-11-20 |
| Nation of First Publication: | United States |
| Authorship on Application: | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| Names: | Malibu Media LLC |



**Save, Print and Email (Help Page)**
Select Download Format  Full Record  [Format for Print/Save]
Enter your email address: [Email]

## EXHIBIT B

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = megan morning
Search Results: Displaying 1 of 1 entries



*Megan Morning Bath.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762077 / 2011-11-18 |
| **Application Title:** | Megan Morning Bath. |
| **Title:** | Megan Morning Bath. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-02-12 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▼  Format for Print/Save |
| Enter your email address:  Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = carlie beautiful
Search Results: Displaying 1 of 1 entries



*Carlie Beautiful Blowjob.*

              **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762079 / 2011-11-21
       **Application Title:** Carlie Beautiful Blowjob.
                 **Title:** Carlie Beautiful Blowjob.
          **Description:** Electronic file (eService)
   **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
      **Date of Creation:** 2010
 **Date of Publication:** 2010-03-26
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
                 **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▼  Format for Print/Save |
| Enter your email address:  Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = carlie leila
Search Results: Displaying 1 of 1 entries



*Carlie Leila Strawberries and Wine.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762081 / 2011-11-18 |
| **Application Title:** | Carlie Leila Strawberries and Wine. |
| **Title:** | Carlie Leila Strawberries and Wine. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-05-07 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [ Format for Print/Save ] |
| Enter your email address:  [ Email ] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = mina's fantasy
Search Results: Displaying 1 of 2 entries

*Mina's Fantasy.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762078 / 2011-11-23 |
| **Application Title:** | Mina's Fantasy. |
| **Title:** | Mina's Fantasy. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-06-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



Save, Print and Email (Help Page)
Select Download Format Full Record   Format for Print/Save
Enter your email address:   Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = katka
Search Results: Displaying 2 of 4 entries



*Katka Cum Like Crazy.*

|  |  |
|---|---|
| Type of Work: | Motion Picture |
| Registration Number / Date: | PA0001762074 / 2011-11-21 |
| Application Title: | Katka Cum Like Crazy. |
| Title: | Katka Cum Like Crazy. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| Date of Creation: | 2010 |
| Date of Publication: | 2010-07-07 |
| Nation of First Publication: | United States |
| Authorship on Application: | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| Names: | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▼  [ Format for Print/Save ] |
| Enter your email address: _____  [ Email ] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = kristen girl
Search Results: Displaying 1 of 1 entries



*Kristen Girl Next Door.*

        **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762076 / 2011-11-18
      **Application Title:** Kristen Girl Next Door.
              **Title:** Kristen Girl Next Door.
         **Description:** Electronic file (eService)
  **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
     **Date of Creation:** 2010
  **Date of Publication:** 2010-08-25
**Nation of First Publication:** United States
 **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
              **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▼  [Format for Print/Save] |
| Enter your email address: [Email] |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tori the
Search Results: Displaying 3 of 6 entries



*Tori The Endless Orgasm.*

| | |
|---|---|
| Type of Work: | Motion Picture |
| Registration Number / Date: | PA0001762082 / 2011-11-18 |
| Application Title: | Tori The Endless Orgasm. |
| Title: | Tori The Endless Orgasm. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| Date of Creation: | 2010 |
| Date of Publication: | 2010-10-20 |
| Nation of First Publication: | United States |
| Authorship on Application: | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| Names: | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▼  [Format for Print/Save] |
| Enter your email address:  [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = katka sweet
Search Results: Displaying 1 of 1 entries

 

*Katka Sweet Surprise.*

| | |
|---|---|
| Type of Work: | Motion Picture |
| Registration Number / Date: | PA0001762075 / 2011-11-18 |
| Application Title: | Katka Sweet Surprise. |
| Title: | Katka Sweet Surprise. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| Date of Creation: | 2010 |
| Date of Publication: | 2010-08-04 |
| Nation of First Publication: | United States |
| Authorship on Application: | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| Names: | Malibu Media LLC |



**Save, Print and Email (Help Page)**
Select Download Format  Full Record  [Format for Print/Save]
Enter your email address:  [Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = leila sex
Search Results: Displaying 1 of 1 entries



*Leila Sex On The Beach.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762083 / 2011-11-21 |
| **Application Title:** | Leila Sex On The Beach. |
| **Title:** | Leila Sex On The Beach. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd., Malibu, CA, 90265, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-12-22 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



**Save, Print and Email (Help Page)**
Select Download Format  Full Record  [Format for Print/Save]
Enter your email address:  [Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tiffany teen
Search Results: Displaying 1 of 1 entries



*Tiffany Teenagers In Love.*

|  |  |
|---|---|
| Type of Work: | Motion Picture |
| Registration Number / Date: | PA0001762019 / 2011-11-20 |
| Application Title: | Tiffany Teenagers In Love. |
| Title: | Tiffany Teenagers In Love. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| Date of Creation: | 2010 |
| Date of Publication: | 2010-12-29 |
| Nation of First Publication: | United States |
| Authorship on Application: | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| Names: | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record [Format for Print/Save] |
| Enter your email address: [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tiffany SEX
Search Results: Displaying 1 of 1 entries

 

*Tiffany Sex with a Supermodel.*

| | |
|---|---|
| Type of Work: | Motion Picture |
| Registration Number / Date: | PA0001762022 / 2011-11-21 |
| Application Title: | Tiffany Sex with a Supermodel. |
| Title: | Tiffany Sex with a Supermodel. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| Date of Creation: | 2011 |
| Date of Publication: | 2011-02-23 |
| Nation of First Publication: | United States |
| Authorship on Application: | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| Names: | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▼  [ Format for Print/Save ] |
| Enter your email address:                                [ Email ] |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = maryjane young
Search Results: Displaying 1 of 1 entries



*MaryJane Young Love.*

|                             |                                                                                                                              |
|-----------------------------|------------------------------------------------------------------------------------------------------------------------------|
| Type of Work:               | Motion Picture                                                                                                               |
| Registration Number / Date: | PA0001762404 / 2011-11-23                                                                                                    |
| Application Title:          | MaryJane Young Love.                                                                                                         |
| Title:                      | MaryJane Young Love.                                                                                                         |
| Description:                | Electronic file (eService)                                                                                                   |
| Copyright Claimant:         | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.                                                          |
| Date of Creation:           | 2011                                                                                                                         |
| Date of Publication:        | 2011-08-15                                                                                                                   |
| Nation of First Publication:| United States                                                                                                                |
| Authorship on Application:  | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| Names:                      | Malibu Media LLC                                                                                                             |



| Save, Print and Email (Help Page) |
|-----------------------------------|
| Select Download Format  Full Record  [Format for Print/Save] |
| Enter your email address: [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

X-Art Siterip #2
Unregistered Titles

- Tiffany Faye After Sunset
- Capri The Day We Met
- Caprice Francesca Double the Pleasure
- Caprice Francesca Midnight Experience
- Caprice Fucking Perfection
- Caprice Gabriella Come to Me
- Caprice One Fine Day
- Caprice Sunshine The Spanish Garden
- Caprice Winter Blues
- Carla Girl in My Shower
- Carlie Angel
- Faye Prelude to an Orgy
- Francesca Caribbean Christmas
- Francesca Flesh for Fantasy
- Gabriella Siempre En Mi Corazon
- Hayden Pink and Tight
- Katka Mikah Tenderness
- Katka My Best Friends Boyfriend
- Katrina Watch Me Cum
- Leila Christian Sex with Passion
- Leila Faye Awesome Threesome
- Leila Naked in the Hot Sun
- Mary Show You My Love
- Mary Stolen Moment
- Shyla Naughty Angel
- Tatiana The Voyeur
- Tiffany Caprice Just Us Girls
- Tiffany Mutual Orgasm
- Annemarie More Than Ever
- Caprice Cathryn Once We Kiss
- Caprice Deep Inside
- Caprice Hot Bath
- Caprice Leila Tropical Fantasy
- Caprice Solitude
- Carlie Big Toy Orgasm
- Carlie Cum Closer
- Carlie Leila Intimo
- Carlie Misty Morning
- Carlie She Cums in Colors
- Carlie Sunset
- Cathryn Just for You

- Emma Daddy's Office
- Emma Pink Like Sugar
- Emma Private Tutor
- Eufrat After Party
- Eufrat In A Dream
- Francesca Angelic
- Francesca Breanne Girls With Glasses
- Francesca Capri Just The Two of Us
- Francesca Capri Malibu Daze
- Francesca Could Have Loved You
- Francesca Sunset in Malibu
- Georgia Francesca My Eden
- Gigi Girlfriends Back
- Hayden Gigi Play Time
- Kat 1969
- Katka Two Into One
- Kristen Pink on the Inside
- Leila Blue Dream
- Leila Francesca The Wetter The Better
- Lilly Angels Lips
- Lilly Sweet Dreams
- Marie Art of Anal Sex
- Marie Sexy Dance
- Mary If Only It Were You
- Mary Pure Passion
- Megan Bedtime Beauty
- Megan Dreaming of You
- Mia Love Sex Happiness
- Mina Beauty and the Beast
- Monique Love to Fuck
- Monique Playtime for Pussy
- Reina Patsy Girls Night
- Ruby Jennifer Wet and Wild
- Ruby Summer Love
- Sam Marie Ultimate Blowjob
- Sasha D Between the Sheets
- Silvie Erica Girlfriends
- Silvie Just Married
- Silvie Morning to Remember
- Silvie Perfect Lovers
- Silvie Self Pleasure
- Stacy Erica Her First Threesome
- Stacy Poolside Romp
- Star Summer Day

- Stevie Trouble
- Susie Cream Dream
- Tatiana Voyeur Part 2
- Tiffany Absolutely Gorgeous
- Tiffany Caprice  Francesca Three in the Morning
- Tiffany Seaside Fantasy
- Tori Torrid Love
- Victoria Melanie Every Mans Desire
- Victoria More Than Just Friends