Defendant #1: Jeff Fantalis

| Title | Regis Date | Infringement Date |
| --- | --- | --- |
| Carlie Beautiful Blowjob | 11/21/2011 | 01/14/2012 05:14:19 |
| Carlie Leila Strawberries and Wine | 11/18/2011 | 01/14/2012 05:14:19 |
| Kat Translucence | 11/19/2011 | 01/14/2012 05:14:19 |
| Katka Cum Like Crazy | 11/21/2011 | 01/14/2012 05:14:19 |
| Katka Sweet Surprise | 11/18/2011 | 01/14/2012 05:14:19 |
| Kristen Girl Next Door | 11/18/2011 | 01/14/2012 05:14:19 |
| Leila Sex on the Beach | 11/21/2011 | 01/14/2012 05:14:19 |
| MaryJane Young Love | 11/23/2011 | 01/14/2012 05:14:19 |
| Megan Morning Bath | 11/18/2011 | 01/14/2012 05:14:19 |
| Mina's Fantasy | 11/23/2011 | 01/14/2012 05:14:19 |
| Tiffany Sex with a Supermodel | 11/21/2011 | 01/14/2012 05:14:19 |
| Tiffany Teenagers in Love | 11/20/2011 | 01/14/2012 05:14:19 |
| Tori The Endless Orgasm | 11/18/2011 | 01/14/2012 05:14:19 |

**Total Statutory Copyright Infringements for Defendant #1:  13**

Defendant #2:  Bruce Dunn

| Title | Regis Date | Hit Date |
| --- | --- | --- |
| Carlie Beautiful Blowjob | 11/21/2011 | 01/18/2012 03:21:18 |
| Carlie Leila Strawberries and Wine | 11/18/2011 | 01/18/2012 03:21:18 |
| Kat Translucence | 11/19/2011 | 01/18/2012 03:21:18 |
| Katka Cum Like Crazy | 11/21/2011 | 01/18/2012 03:21:18 |
| Katka Sweet Surprise | 11/18/2011 | 01/18/2012 03:21:18 |
| Kristen Girl Next Door | 11/18/2011 | 01/18/2012 03:21:18 |
| Leila Sex on the Beach | 11/21/2011 | 01/18/2012 03:21:18 |
| MaryJane Young Love | 11/23/2011 | 01/18/2012 03:21:18 |
| Megan Morning Bath | 11/18/2011 | 01/18/2012 03:21:18 |
| Mina's Fantasy | 11/23/2011 | 01/18/2012 03:21:18 |
| Tiffany Sex with a Supermodel | 11/21/2011 | 01/18/2012 03:21:18 |
| Tiffany Teenagers in Love | 11/20/2011 | 01/18/2012 03:21:18 |
| Tori The Endless Orgasm | 11/18/2011 | 01/18/2012 03:21:18 |

**Total Statutory Copyright Infringements for Defendant #2:  13**

EXHIBIT C

Defendant #3:  Stephen Deus

| Title | Regis Date | Hit Date |
|---|---|---|
| Carlie Beautiful Blowjob | 11/21/2011 | 12/20/2011 05:58:53 |
| Carlie Leila Strawberries and Wine | 11/18/2011 | 12/20/2011 05:58:53 |
| Kat Translucence | 11/19/2011 | 12/20/2011 05:58:53 |
| Katka Cum Like Crazy | 11/21/2011 | 12/20/2011 05:58:53 |
| Katka Sweet Surprise | 11/18/2011 | 12/20/2011 05:58:53 |
| Kristen Girl Next Door | 11/18/2011 | 12/20/2011 05:58:53 |
| Leila Sex on the Beach | 11/21/2011 | 12/20/2011 05:58:53 |
| MaryJane Young Love | 11/23/2011 | 12/20/2011 05:58:53 |
| Megan Morning Bath | 11/18/2011 | 12/20/2011 05:58:53 |
| Mina's Fantasy | 11/23/2011 | 12/20/2011 05:58:53 |
| Tiffany Sex with a Supermodel | 11/21/2011 | 12/20/2011 05:58:53 |
| Tiffany Teenagers in Love | 11/20/2011 | 12/20/2011 05:58:53 |
| Tori The Endless Orgasm | 11/18/2011 | 12/20/2011 05:58:53 |

**Total Statutory Copyright Infringements for Defendant #3:  13**

EXHIBIT C

CO42