**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

<u>Civil Action No. 12-cv-0886</u>

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JEFF FANTALIS, BRUCE DUNN, and
STEPHEN DEUS,

      Defendants

_____/

## **NOTICE OF RELATED CASES**

In accordance with D.C. Colo. L. Civ. R. 7.5, I certify that the instant action is related to the pending civil case Malibu Media, LLC v. John Does 1-30, Civil Case No. 1:12-cv-00402-WYD.

Dated: April 4, 2012

                                           Respectfully submitted,

                                           By: /s/*Jason Kotzker*
                                           Jason Kotzker
                                           jason@klgip.com
                                           KOTZKER LAW GROUP
                                           9609 S. University Blvd. #632134
                                           Highlands Ranch, CO 80163
                                           Phone: 303-875-5386
                                           *Attorney for Plaintiff*