# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Colorado

Case Number: 112CV00886MSKMEH

Plaintiff:
**Malibu Media, LLC**

vs.

Defendants:
**Jeff Fantalis, Bruce Dunn, and Stephen Deus**

FRS2012003768

For:
Lipscomb Eisenberg & Baker, PL
2 South Biscayne Blvd, Ste 3800
Miami, FL  33131

Received by Front Range Legal Process Service, Inc. to be served on **Bruce Dunn, 11441 E Adriatic Place, Aurora, CO 80014**.

I, Kevin Oswald, being duly sworn, depose and say that on the **4th day of May, 2012** at **10:34 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons In A Civil Action; Complaint For Copyright Infringement And Demand For Jury Trial; Exhibits** with the date and hour of service endorsed thereon by me, to: **Bruce Dunn** at the address of: **11441 E Adriatic Place, Aurora, CO 80014**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me on the 8th day of May, 2012 by the affiant who is personally known to me.

Notary public

[Notary seal: MICHELLE CARLYLE, STATE OF COLORADO, COMMISSION EXPIRES 07/11/2015]

Kevin Oswald

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: FRS-2012003768

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g