# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Colorado

Case Number: 112CV00886MSKMEH

FRS2012003769

Plaintiff:
**Malibu Media, LLC**

vs.

Defendants:
**Jeff Fantalis, Bruce Dunn, and Stephen Deus**

For:
Lipscomb Eisenberg & Baker, PL
2 South Biscayne Blvd, Ste 3800
Miami, FL  33131

Received by Front Range Legal Process Service, Inc. to be served on **Jeff Fantalis, 818 Trail Ridge Drive, Louisville, CO 80027**.

I, Linda Oswald, being duly sworn, depose and say that on the **5th day of May, 2012** at **9:58 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons In A Civil Action; Complaint For Copyright Infringement And Demand For Jury Trial; Exhibits** with the date and the hour of service endorsed thereon by me to: **Maryann Fantalis** as **Spouse** at the address of: **818 Trail Ridge Drive, Louisville, CO 80027**, the within named person's usual place of **Abode**, who resides therein, who is eighteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me on the 8th day of May, 2012 by the affiant who is personally known to me.

Notary public

Linda Oswald

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: FRS-2012003769

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g