Justia.com    Lawyer Directory    Legal Answers    Law Blogs    **Dockets & Filings**    more ▼                                                                      Sign In

## Justia Dockets & Filings BETA

**Party Name:** malibu media
**Filed In:** All Courts           **Judge:** Any               **Search**    Advanced Search
**Doc Filter:** All Case Filings   **Filed After:** All Dates   **Case Type:** All Types
                                                                **Filed Before:** Now

Justia > Dockets & Filings > matching "malibu media"

**NEW** - Receive Justia's FREE Daily Newsletters of Opinion Summaries for the US Supreme Court, all US Federal Appellate Courts & the 50 US State Supreme Courts and Weekly Practice Area Opinion Summaries Newsletters. Subscribe Now

### Cases by Type of Lawsuit

| Intellectual Property | Other Statutes | |
|---|---|---|

### Cases by State

| California | Florida | New York |
|---|---|---|
| Colorado | Maryland | Pennsylvania |
| District of Columbia | New Jersey | Virginia |

### Cases by Circuit

| Second Circuit | Ninth Circuit | D.C. Circuit |
|---|---|---|
| Third Circuit | Tenth Circuit | |
| Fourth Circuit | Eleventh Circuit | |

### Cases filed matching "malibu media"

Cases 1 - 20 of 139  RSS FEED                                                                       **Display as Search Results**

« prev  **1**  2  3  4  5  6  7  next »

The Justia Federal District Court Filings & Dockets site republishes public litigation records retrieved from the US Federal District Courts. These filings and docket sheets should not be considered findings of fact or liability, and do not necessarily reflect the view of Justia.

© 2007-2012 Justia :: Company :: Terms of Service :: Privacy Policy :: Contact Us

| Parties | Court | Judge | Type of Lawsuit | Cause of Action |
|---|---|---|---|---|
| **May 22, 2012** | | | | |
| MALIBU MEDIA, LLC. et al v. JOHN DOES 1-9 | NJD | Rodriguez | Other Statutory Actions | Motion to Quash |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** JOHN DOES 1-9. **Movant:** JOHN DOE 4. | | | | |
| **May 18, 2012** | | | | |
| Malibu Media, LLC v. John Does 1-13 | NYSD | Sweet | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-13. | | | | |
| **May 15, 2012** | | | | |
| Malibu Media, LLC v. John Does | FLMD | Whittemore | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Doe. | | | | |
| Malibu Media, LLC v. John Does | FLMD | Merryday | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Doe. | | | | |
| Malibu Media, LLC v. John Does | FLMD | Merryday | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Doe. | | | | |
| Malibu Media, LLC v. John Does | FLMD | Scriven | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Doe. | | | | |
| Malibu Media, LLC v. John Does 1-22 | FLMD | Howard | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-22. | | | | |
| Malibu Media, LLC v. John Does 1-25 | FLMD | E. Steele | Copyrights | Copyright Infringement |

**EXHIBIT B**

http://dockets.justia.com/search?query=malibu+media                                                 5/24/2012

| | | | | |
|---|---|---|---|---|
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-25. | | | | |
| v. Malibu Media, LLC et al | **FLMD** | Judge | Copyrights | Administrative Procedure Act |
| **Defendant:** Malibu Media, LLC and John Doe 1-67. | | | | |
| **May 14, 2012** | | | | |
| Malibu Media, Inc. v. John Does 1-7 | **NYSD** | Karas | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, Inc. **Defendant:** John Does 1-7. | | | | |
| Malibu Media, LLC v. John Does 1-11 | **NYSD** | Ramos | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-11. | | | | |
| Malibu Media, LLC v. John Does 1-15 | **NYSD** | Seibel | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-15. | | | | |
| Malibu Media, LLC v. John Does 1-16 | **NYSD** | Ramos | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-16. | | | | |
| Malibu Media, LLC v. John Does 1-17 | **NYSD** | Karas | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-17. | | | | |
| Malibu Media, LLC v. John Does 1-21 | **NYSD** | Ramos | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-21. | | | | |
| Malibu Media, LLC v. John Does 1-8 | **NYSD** | Seibel | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-8. | | | | |
| **May 13, 2012** | | | | |
| MALIBU MEDIA, LLC v. DOES 1-10 | **DCD** | Howell | Copyrights | Copyright Infringement |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** JOHN DOES 1-10. | | | | |
| MALIBU MEDIA, LLC v. DOES 1-14 | **DCD** | Howell | Copyrights | Copyright Infringement |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** JOHN DOES 1-14. | | | | |
| MALIBU MEDIA, LLC v. DOES 1-22 | **DCD** | Huvelle | Copyrights | Copyright Infringement |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** JOHN DOES 1-22. | | | | |
| MALIBU MEDIA, LLC v. DOES 1-5 | **DCD** | Huvelle | Copyrights | Copyright Infringement |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** JOHN DOES 1-5. | | | | |

Justia.com   Lawyer Directory   Legal Answers   Law Blogs   **Dockets & Filings**   more ▼                                    Sign In

## Justia Dockets & Filings BETA

Party Name: **malibu media**
Filed In: All Courts
Doc Filter: All Case Filings
Judge: Any
Filed After: All Dates
Case Type: All Types
Filed Before: Now

[Search]   Advanced Search

Justia > Dockets & Filings > matching "malibu media"

**NEW** - Receive Justia's FREE Daily Newsletters of Opinion Summaries for the US Supreme Court, all US Federal Appellate Courts & the 50 US State Supreme Courts and Weekly Practice Area Opinion Summaries Newsletters. Subscribe Now

### Cases by Type of Lawsuit

| Intellectual Property | Other Statutes | |

### Cases by State

| California | Florida | New York |
| Colorado | Maryland | Pennsylvania |
| District of Columbia | New Jersey | Virginia |

### Cases by Circuit

| Second Circuit | Ninth Circuit | D.C. Circuit |
| Third Circuit | Tenth Circuit | |
| Fourth Circuit | Eleventh Circuit | |

### Cases filed matching "malibu media"

Cases 21 - 40 of 139 ⓘ RSS FEED                                            Display as Search Results

« prev   1   **2**   3   4   5   6   7   next »

The Justia Federal District Court Filings & Dockets site republishes public litigation records retrieved from the US Federal District Courts. These filings and docket sheets should not be considered findings of fact or liability, and do not necessarily reflect the view of Justia.

© 2007-2012 Justia :: Company :: Terms of Service :: Privacy Policy :: Contact Us

| Parties | Court | Judge | Type of Lawsuit | Cause of Action |
|---|---|---|---|---|
| **May 13, 2012** | | | | |
| MALIBU MEDIA, LLC v. Does 1-11 | DCD | | Copyrights | Copyright Infringement |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** John Does 1-11. | | | | |
| MALIBU MEDIA, LLC v. Does 1-15 | DCD | | Copyrights | Copyright Infringement |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** John Does 1-15. | | | | |
| **May 11, 2012** | | | | |
| Malibu Media, LLC v. John Does 1-13 | FLSD | | Copyrights | Copyright Infringement |
| Malibu Media, LLC v. John Does 1-7 | FLSD | | Copyrights | Copyright Infringement |
| **May 10, 2012** | | | | |
| Malibu Media, LLC v. Unknown | CAED | Mueller | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** Unknown. | | | | |
| Malibu Media, LLC v. Unknown | CAED | Mendez | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** Unknown. | | | | |
| Malibu Media, LLC v. Unknown | CAED | Mendez | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** Unknown. | | | | |
| Malibu Media, LLC v. Unknown | CAED | England | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** Unknown. | | | | |
| **May 9, 2012** | | | | |

| Case | Court | Judge | Category | Cause |
|---|---|---|---|---|
| Malibu Media, LLC v. John Does 1 through 35 | CASD | Burns | Copyrights | Copyright Infringement |
| Plaintiff: Malibu Media, LLC. Defendant: John Does 1 through 35. | | | | |

**April 30, 2012**

| Case | Court | Judge | Category | Cause |
|---|---|---|---|---|
| Malibu Media, LLC v. John Does 1 through 10 | CASD | Bencivengo | Copyrights | Copyright Infringement |
| Plaintiff: Malibu Media, LLC. Defendant: John Does 1 through 10. | | | | |
| Malibu Media, LLC v. John Does 1 through 11 | CASD | Battaglia | Copyrights | Copyright Infringement |
| Plaintiff: Malibu Media, LLC. Defendant: John Does 1 through 11. | | | | |
| Malibu Media, LLC v. John Does 1 through 11 | CASD | Moskowitz | Copyrights | Copyright Infringement |
| Plaintiff: Malibu Media, LLC. Defendant: John Does 1 through 11. | | | | |
| Malibu Media, LLC v. John Does 1 through 12 | CASD | Anello | Copyrights | Copyright Infringement |
| Plaintiff: Malibu Media, LLC. Defendant: John Does 1 through 12. | | | | |
| Malibu Media, LLC v. John Does 1 through 19 | CASD | Burns | Copyrights | Copyright Infringement |
| Plaintiff: Malibu Media, LLC. Defendant: John Does 1 through 19. | | | | |
| Malibu Media, LLC v. John Does 1 through 7 | CASD | Burns | Copyrights | Copyright Infringement |
| Plaintiff: Malibu Media, LLC. Defendant: John Does 1 through 7. | | | | |
| Malibu Media, LLC v. John Does 1 through 8 | CASD | Burns | Copyrights | Copyright Infringement |
| Plaintiff: Malibu Media, LLC. Defendant: John Does 1 through 8. | | | | |

**April 26, 2012**

| Case | Court | Judge | Category |
|---|---|---|---|
| Malibu Media LLC v. John Does | CACD | Tucker | Copyrights |
| Defendant: John Doe. Plaintiff: Malibu Media LLC. | | | |
| Malibu Media LLC v. John Does | CACD | Carter | Copyrights |
| Defendant: John Doe. Plaintiff: Malibu Media LLC. | | | |
| Malibu Media LLC v. John Does | CACD | Guilford | Copyrights |
| Defendant: John Doe. Plaintiff: Malibu Media LLC. | | | |
| Malibu Media LLC v. John Does | CACD | Fischer | Copyrights |
| Defendant: John Doe. Plaintiff: Malibu Media LLC. | | | |

Justia.com  Lawyer Directory  Legal Answers  Law Blogs  **Dockets & Filings**  more ▼  Sign In

# Justia Dockets & Filings BETA

Party Name: malibu media
Filed In: All Courts
Doc Filter: All Case Filings
Judge: Any
Filed After: All Dates
Case Type: All Types
Filed Before: Now

[Search] Advanced Search

Justia > Dockets & Filings > matching "malibu media"

**NEW** - Receive Justia's FREE Daily Newsletters of Opinion Summaries for the US Supreme Court, all US Federal Appellate Courts & the 50 US State Supreme Courts and Weekly Practice Area Opinion Summaries Newsletters. Subscribe Now

## Cases by Type of Lawsuit

| | |
|---|---|
| Intellectual Property | Other Statutes |

## Cases by State

| | | |
|---|---|---|
| California | Florida | New York |
| Colorado | Maryland | Pennsylvania |
| District of Columbia | New Jersey | Virginia |

## Cases by Circuit

| | | |
|---|---|---|
| Second Circuit | Ninth Circuit | D.C. Circuit |
| Third Circuit | Tenth Circuit | |
| Fourth Circuit | Eleventh Circuit | |

## Cases filed matching "malibu media"

Cases 41 - 60 of 139 ⚛ RSS FEED

Display as Search Results

« prev  1  2  **3**  4  5  6  7  next »

The Justia Federal District Court Filings & Dockets site republishes public litigation records retrieved from the US Federal District Courts. These filings and docket sheets should not be considered findings of fact or liability, and do not necessarily reflect the view of Justia.

© 2007-2012 Justia :: Company :: Terms of Service :: Privacy Policy :: Contact Us

| Parties | Court | Judge | Type of Lawsuit | Cause of Action |
|---|---|---|---|---|
| **April 26, 2012** | | | | |
| Malibu Media LLC v. John Does | CACD | Pregerson | Copyrights | |
| **Defendant:** John Doe. **Plaintiff:** Malibu Media LLC. | | | | |
| Malibu Media LLC v. John Does | CACD | Anderson | Copyrights | |
| **Defendant:** John Doe. **Plaintiff:** Malibu Media LLC. | | | | |
| Malibu Media LLC v. John Does | CACD | Wright | Copyrights | |
| **Defendant:** John Doe. **Plaintiff:** Malibu Media LLC. | | | | |
| Malibu Media LLC v. John Does | CACD | King | Copyrights | |
| **Defendant:** John Doe. **Plaintiff:** Malibu Media LLC. | | | | |
| Malibu Media LLC v. John Does | CACD | Otero | Copyrights | |
| **Defendant:** John Doe. **Plaintiff:** Malibu Media LLC. | | | | |
| Malibu Media LLC v. John Does | CACD | Real | Copyrights | |
| **Defendant:** John Doe. **Plaintiff:** Malibu Media LLC. | | | | |
| Malibu Media LLC v. John Does | CACD | Carter | Copyrights | |
| **Defendant:** John Doe. **Plaintiff:** Malibu Media LLC. | | | | |
| Malibu Media LLC v. John Does | CACD | Collins | Copyrights | |
| **Defendant:** John Doe. **Plaintiff:** Malibu Media LLC. | | | | |
| Malibu Media LLC v. John Does | CACD | Carter | Copyrights | |

**Defendant:** John Doe. **Plaintiff:** Malibu Media LLC.

April 19, 2012

| Case | Court | Judge | Nature | Cause |
|---|---|---|---|---|
| MALIBU MEDIA, LLC v. JOHN DOE 1-7 | PAED | LUDWIG | Copyrights | Copyright Infringement |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** JOHN DOE 1-7. | | | | |
| MALIBU MEDIA, LLC v. JOHN DOES 1-14 | PAED | BAYLSON | Copyrights | Copyright Infringement |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** JOHN DOES 1-14. | | | | |
| MALIBU MEDIA, LLC v. JOHN DOES 1-15 | PAED | SCHILLER | Copyrights | Copyright Infringement |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** JOHN DOES 1-15. | | | | |
| MALIBU MEDIA, LLC v. JOHN DOES 1-15 | PAED | KELLY | Copyrights | Copyright Infringement |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** JOHN DOES 1-15. | | | | |
| MALIBU MEDIA, LLC v. JOHN DOES 1-16 | PAED | BAYLSON | Copyrights | Copyright Infringement |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** JOHN DOES 1-16. | | | | |
| MALIBU MEDIA, LLC v. JOHN DOES 1-16 | PAED | JOYNER | Copyrights | Copyright Infringement |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** JOHN DOES 1-16. | | | | |
| MALIBU MEDIA, LLC v. JOHN DOES 1-16 | PAED | DALZELL | Copyrights | Copyright Infringement |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** JOHN DOES 1-16. | | | | |
| MALIBU MEDIA, LLC v. JOHN DOES 1-18 | PAED | SCHILLER | Copyrights | Copyright Infringement |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** JOHN DOES 1-18. | | | | |
| MALIBU MEDIA, LLC v. JOHN DOES 1-18 | PAED | DAVIS | Copyrights | Copyright Infringement |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** JOHN DOES 1-18. | | | | |
| MALIBU MEDIA, LLC v. JOHN DOES 1-22 | PAED | JONES | Copyrights | Copyright Infringement |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** JOHN DOES 1-22. | | | | |
| MALIBU MEDIA, LLC v. JOHN DOES 1-22 | PAED | BAYLSON | Copyrights | Copyright Infringement |
| **Plaintiff:** MALIBU MEDIA, LLC. **Defendant:** JOHN DOES 1-22. | | | | |

Justia.com   Lawyer Directory   Legal Answers   Law Blogs   **Dockets & Filings**   more ▼                                                                Sign In

## Justia Dockets & Filings BETA

Party Name: **malibu media**
Filed In: All Courts
Doc Filter: All Case Filings
Judge: Any
Filed After: All Dates
Case Type: All Types
Filed Before: Now

[Search]   Advanced Search

Justia > Dockets & Filings > matching "malibu media"

**NEW** - Receive Justia's FREE Daily Newsletters of Opinion Summaries for the US Supreme Court, all US Federal Appellate Courts & the 50 US State Supreme Courts and Weekly Practice Area Opinion Summaries Newsletters. Subscribe Now

### Cases by Type of Lawsuit

Intellectual Property                Other Statutes

### Cases by State

| | | |
|---|---|---|
| California | Florida | New York |
| Colorado | Maryland | Pennsylvania |
| District of Columbia | New Jersey | Virginia |

### Cases by Circuit

| | | |
|---|---|---|
| Second Circuit | Ninth Circuit | D.C. Circuit |
| Third Circuit | Tenth Circuit | |
| Fourth Circuit | Eleventh Circuit | |

### Cases filed matching "malibu media"

Cases 61 - 80 of 139 ◘ RSS FEED                                               Display as Search Results

« prev   1   2   3   **4**   5   6   7   next »

The Justia Federal District Court Filings & Dockets site republishes public litigation records retrieved from the US Federal District Courts. These filings and docket sheets should not be considered findings of fact or liability, and do not necessarily reflect the view of Justia.

© 2007-2012 Justia :: Company :: Terms of Service :: Privacy Policy :: Contact Us

| Parties | Court | Judge | Type of Lawsuit | Cause of Action |
|---|---|---|---|---|
| April 19, 2012 | | | | |
| MALIBU MEDIA, LLC v. JOHN DOES 1-25 | PAED | ROBRENO | Copyrights | Copyright Infringement |
| Plaintiff: MALIBU MEDIA, LLC. Defendant: JOHN DOES 1-25. | | | | |
| Malibu Media, LLC v. John Does 1-10 | MDD | Chasanow | Copyrights | Copyright Infringement |
| Plaintiff: Malibu Media, LLC. Defendant: John Does 1-10. | | | | |
| Malibu Media, LLC v. John Does 1-12 | MDD | Chasanow | Copyrights | Copyright Infringement |
| Plaintiff: Malibu Media, LLC. Defendant: John Does 1-12. | | | | |
| Malibu Media, LLC v. John Does 1-14 | MDD | Motz | Copyrights | Copyright Infringement |
| Plaintiff: Malibu Media, LLC. Defendant: John Does 1-14. | | | | |
| Malibu Media, LLC v. John Does 1-18 | MDD | Motz | Copyrights | Copyright Infringement |
| Plaintiff: Malibu Media, LLC. Defendant: John Does 1-18. | | | | |
| Malibu Media, LLC v. John Does 1-23 | MDD | Chasanow | Copyrights | Copyright Infringement |
| Plaintiff: Malibu Media, LLC. Defendant: John Does 1-23. | | | | |
| Malibu Media, LLC v. John Does 1-28 | MDD | Titus | Copyrights | Copyright Infringement |
| Plaintiff: Malibu Media, LLC. Defendant: John Does 1-28. | | | | |
| Malibu Media, LLC v. John Does 1-32 | MDD | Titus | Copyrights | Copyright Infringement |
| Plaintiff: Malibu Media, LLC. Defendant: John Does 1-32. | | | | |
| Malibu Media, LLC v. John Does 1-34 | MDD | Motz | Copyrights | Copyright Infringement |

| | | | | |
|---|---|---|---|---|
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-34. | | | | |
| Malibu Media, LLC v. John Does 1-34 | MDD | Messitte | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** Doe 1. | | | | |
| Malibu Media, LLC v. Doe 1 | MDD | Chasanow | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** Doe 1. | | | | |
| Malibu Media, LLC v. Doe 1 | MDD | Chasanow | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** Doe 1. | | | | |
| Malibu Media, LLC v. Doe 1 | MDD | Chasanow | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** Doe 1. | | | | |

April 18, 2012

| | | | | |
|---|---|---|---|---|
| Malibu Media, LLC v. John Does 1-37 | MDD | Chasanow | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-37. | | | | |

April 13, 2012

| | | | | |
|---|---|---|---|---|
| Malibu Media, Inc. v. John Does 1-4 | NYSD | Buchwald | Trademark | Trademark Infringement |
| **Plaintiff:** Malibu Media, Inc. **Defendant:** John Does 1-4. | | | | |
| Malibu Media, LLC v. John Does 1-10 | NYSD | Koeltl | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-10. | | | | |
| Malibu Media, LLC v. John Does 1-4 | NYSD | | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-4. | | | | |
| Malibu Media, LLC v. John Does 1-5 | NYSD | Oetken | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-5. | | | | |
| Malibu Media, LLC v. John Does 1-10 | NYSD | Ramos | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-10. | | | | |
| Malibu Media, LLC v. John Does 1-4 | NYSD | Engelmayer | Trademark | Trademark Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-4. | | | | |

## Justia Dockets & Filings BETA

Party Name: **malibu media**
Filed In: All Courts
Doc Filter: All Case Filings
Judge: Any
Filed After: All Dates

**Search** | Advanced Search
Case Type: All Types
Filed Before: Now

Justia > Dockets & Filings > matching "malibu media"

**NEW** - Receive Justia's FREE Daily Newsletters of Opinion Summaries for the US Supreme Court, all US Federal Appellate Courts & the 50 US State Supreme Courts and Weekly Practice Area Opinion Summaries Newsletters. Subscribe Now

### Cases by Type of Lawsuit

Intellectual Property                    Other Statutes

### Cases by State

| California | Florida | New York |
| Colorado | Maryland | Pennsylvania |
| District of Columbia | New Jersey | Virginia |

### Cases by Circuit

| Second Circuit | Ninth Circuit | D.C. Circuit |
| Third Circuit | Tenth Circuit | |
| Fourth Circuit | Eleventh Circuit | |

### Cases filed matching "malibu media"

Cases 81 - 100 of 139 ⌂ RSS FEED                     Display as Search Results

« prev  1  2  3  4  **5**  6  7  next »

The Justia Federal District Court Filings & Dockets site republishes public litigation records retrieved from the US Federal District Courts. These filings and docket sheets should not be considered findings of fact or liability, and do not necessarily reflect the view of Justia.

© 2007-2012 Justia :: Company :: Terms of Service :: Privacy Policy :: Contact Us

| Parties | Court | Judge | Type of Lawsuit | Cause of Action |
|---|---|---|---|---|
| **April 13, 2012** | | | | |
| Malibu Media, LLC v. John Does 1-4 | NYSD | Crotty | Trademark | Trademark Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-4. | | | | |
| Malibu Media, LLC v. John Does 1-5 | NYSD | Buchwald | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-5. | | | | |
| Malibu Media, LLC v. John Does 1-5 | NYSD | Griesa | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-5. | | | | |
| Malibu Media, LLC v. John Does 1-7 | NYSD | Cote | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-7. | | | | |
| **April 4, 2012** | | | | |
| Malibu Media, LLC v. Fantalis et al | COD | Krieger | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** Jeff Fantalis, Bruce Dunn and Stephen Deu. | | | | |
| Malibu Media, LLC v. John Doe | COD | Daniel | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Doe. | | | | |
| **April 3, 2012** | | | | |
| Malibu Media v. John Does 1-6 | COD | Krieger | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media. **Defendant:** John Does 1-6. | | | | |
| Malibu Media, LLC v. John Does 1-10 | COD | Brimmer | Copyrights | Copyright Infringement |

| | | | | |
|---|---|---|---|---|
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-10. | | | | |
| Malibu Media, LLC v. John Does 1-11 | COD | Krieger | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-11. | | | | |
| Malibu Media, LLC v. John Does 1-16 | COD | Brimmer | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-16. | | | | |
| Malibu Media, LLC v. John Does 1-17 | COD | Brimmer | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-17. | | | | |
| Malibu Media, LLC v. John Does 1-23 | COD | Krieger | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-23. | | | | |
| Malibu Media, LLC v. John Does 1-9 | COD | Daniel | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-9. | | | | |
| **April 2, 2012** | | | | |
| Malibu Media, LLC v. John Does 1-21 | COD | E. Blackburn | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** JOHN DOES 1-21. | | | | |
| Malibu Media, LLC v. John Does 1-28 | COD | Ebel | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-28. | | | | |
| **March 28, 2012** | | | | |
| Malibu Media, LLC v. Does | FLMD | Howard | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John 1-21 Doe. | | | | |
| Malibu Media, LLC v. John Does 1-13 | FLMD | E. Steele | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-13. | | | | |
| Malibu Media, LLC v. John Does 1-19 | FLMD | TJC | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-19. | | | | |
| Malibu Media, LLC v. John Does 1-20 | FLMD | Howard | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-20. | | | | |
| Malibu Media, LLC v. John Does 1-35 | FLMD | Judge | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-35. | | | | |

Justia.com  Lawyer Directory  Legal Answers  Law Blogs  **Dockets & Filings**  more ▼                Sign In

**Justia Dockets & Filings** BETA

Party Name: malibu media
Filed In: All Courts
Doc Filter: All Case Filings
Judge: Any
Filed After: All Dates
Case Type: All Types
Filed Before: Now

[Search]  Advanced Search

Justia > Dockets & Filings > matching 'malibu media'

**NEW** - Receive Justia's FREE Daily Newsletters of Opinion Summaries for the US Supreme Court, all US Federal Appellate Courts & the 50 US State Supreme Courts and Weekly Practice Area Opinion Summaries Newsletters. Subscribe Now

### Cases by Type of Lawsuit

Intellectual Property     Other Statutes

### Cases by State

| California | Florida | New York |
| Colorado | Maryland | Pennsylvania |
| District of Columbia | New Jersey | Virginia |

### Cases by Circuit

| Second Circuit | Ninth Circuit | D.C. Circuit |
| Third Circuit | Tenth Circuit | |
| Fourth Circuit | Eleventh Circuit | |

### Cases filed matching "malibu media"

Cases 101 - 120 of 139 ⓒ RSS FEED                                              Display as Search Results

« prev  1  2  3  4  5  **6**  7  next »

The Justia Federal District Court Filings & Dockets site republishes public litigation records retrieved from the US Federal District Courts. These filings and docket sheets should not be considered findings of fact or liability, and do not necessarily reflect the view of Justia.

© 2007-2012 Justia :: Company :: Terms of Service :: Privacy Policy :: Contact Us

| Parties | Court | Judge | Type of Lawsuit | Cause of Action |
|---|---|---|---|---|
| **March 28, 2012** | | | | |
| Malibu Media, LLC v. John Does 1-6 | FLMD | Adams | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-6. | | | | |
| Malibu Media, LLC v. John Does 1-99 | FLMD | Merryday | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-9. | | | | |
| Malibu Media, LLC v. Jor Does 1-18 | FLMD | MMH | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-18. | | | | |
| **March 8, 2012** | | | | |
| Malibu Media, LLC v. Does 1-10 | NYED | Seybert | Copyrights | Copyright Infringement |
| **Defendant:** John Does 1-10. **Plaintiff:** Malibu Media, LLC. | | | | |
| Malibu Media, LLC v. Does 1-11 | NYED | Wexler | Copyrights | Copyright Infringement |
| **Defendant:** John Does 1-11. **Plaintiff:** Malibu Media, LLC. | | | | |
| Malibu Media, LLC v. Does 1-13 | NYED | Bianco | Copyrights | Copyright Infringement |
| **Defendant:** John Does 1-13. **Plaintiff:** Malibu Media, LLC. | | | | |
| Malibu Media, LLC v. Does 1-20 | NYED | Spatt | Copyrights | Copyright Infringement |
| **Defendant:** John Does 1-20. **Plaintiff:** Malibu Media, LLC. | | | | |
| Malibu Media, LLC v. Does 1-26 | NYED | Seybert | Copyrights | Copyright Infringement |
| **Defendant:** John Does 1-26. **Plaintiff:** Malibu Media, LLC. | | | | |

| Case | Court | Judge | Category | Type |
|---|---|---|---|---|
| Malibu Media, LLC v. Does 1-30 | NYED | Wexler | Copyrights | Copyright Infringement |
| **Defendant:** John Does 1-30. **Plaintiff:** Malibu Media, LLC. | | | | |
| February 28, 2012 | | | | |
| Malibu Media LLC v. John Does | CACD | Anderson | Copyrights | |
| **Defendant:** John Doe. **Plaintiff:** Malibu Media LLC. | | | | |
| February 27, 2012 | | | | |
| Malibu Media LLC v. John Does | CACD | Klausner | Copyrights | |
| **Defendant:** John Doe. **Plaintiff:** Malibu Media LLC. | | | | |
| Malibu Media LLC v. John Does | CACD | Kronstadt | Copyrights | |
| **Defendant:** John Doe. **Plaintiff:** Malibu Media LLC. | | | | |
| February 17, 2012 | | | | |
| Malibu Media, LLC v. Does | VAED | Hilton | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Doe. | | | | |
| Malibu Media, LLC v. Does | VAED | Hilton | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Doe. | | | | |
| Malibu Media, LLC v. Does | VAED | Hilton | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Doe. | | | | |
| Malibu Media, LLC v. John Does 1-15 | VAED | Hilton | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-15. | | | | |
| Malibu Media, LLC v. John Does 1-26 | VAED | Hilton | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-26. | | | | |
| Malibu Media, LLC v. John Does 1-26 | VAED | Hilton | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-26. | | | | |
| Malibu Media, LLC v. John Does 1-27 | VAED | Hilton | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-27. | | | | |
| Malibu Media, LLC v. John Does 1-8 | VAED | Hilton | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-8. | | | | |

| | | |
|---|---|---|
| Justia.com | Lawyer Directory | Legal Answers | Law Blogs | **Dockets & Filings** | more ▼ | | Sign In |

## Justia Dockets & Filings BETA

Party Name: malibu media
Filed In: All Courts
Doc Filter: All Case Filings
Judge: Any
Filed After: All Dates
Case Type: All Types
Filed Before: Now

[Search] Advanced Search

Justia > Dockets & Filings > matching "malibu media"

**NEW** - Receive Justia's FREE Daily Newsletters of Opinion Summaries for the US Supreme Court, all US Federal Appellate Courts & the 50 US State Supreme Courts and Weekly Practice Area Opinion Summaries Newsletters. Subscribe Now

### Cases by Type of Lawsuit

| | |
|---|---|
| Intellectual Property | Other Statutes |

### Cases by State

| | | |
|---|---|---|
| California | Florida | New York |
| Colorado | Maryland | Pennsylvania |
| District of Columbia | New Jersey | Virginia |

### Cases by Circuit

| | | |
|---|---|---|
| Second Circuit | Ninth Circuit | D.C. Circuit |
| Third Circuit | Tenth Circuit | |
| Fourth Circuit | Eleventh Circuit | |

### Cases filed matching "malibu media"

Cases 121 - 139 of 139  RSS FEED

Display as Search Results

« prev  1  2  3  4  5  6  **7**  next »

The Justia Federal District Court Filings & Dockets site republishes public litigation records retrieved from the US Federal District Courts. These filings and docket sheets should not be considered findings of fact or liability, and do not necessarily reflect the view of Justia.

© 2007-2012 Justia :: Company :: Terms of Service :: Privacy Policy :: Contact Us

| Parties | Court | Judge | Type of Lawsuit | Cause of Action |
|---|---|---|---|---|
| **February 15, 2012** | | | | |
| Malibu Media, LLC v. John Does 1-10 | COD | Krieger | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-10. | | | | |
| Malibu Media, LLC v. John Does 1-15 | COD | Brimmer | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-15. | | | | |
| Malibu Media, LLC v. John Does 1-16 | COD | Ebel | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-16. | | | | |
| Malibu Media, LLC v. John Does 1-18 | COD | Arguello | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-18. | | | | |
| Malibu Media, LLC v. John Does 1-27 | COD | E. Blackburn | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-27. | | | | |
| Malibu Media, LLC v. John Does 1-27 | COD | E. Blackburn | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-27. | | | | |
| Malibu Media, LLC v. John Does 1-29 | COD | Martinez | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-29. | | | | |
| Malibu Media, LLC v. John Does 1-30 | COD | Daniel | Copyrights | Copyright Infringement |
| **Plaintiff:** Malibu Media, LLC. **Defendant:** John Does 1-30. | | | | |
| **February 10, 2012** | | | | |

| Case | Court | Judge | Category | Type |
|---|---|---|---|---|
| MALIBU MEDIA, LLC v. DOES<br>Plaintiff: MALIBU MEDIA, LLC. Defendant: JOHN DOES. | DCD | Kollar-Kotelly | Copyrights | Copyright Infringement |
| MALIBU MEDIA, LLC v. DOES<br>Plaintiff: MALIBU MEDIA, LLC. Defendant: JOHN DOES. | DCD | Wilkins | Copyrights | Copyright Infringement |
| MALIBU MEDIA, LLC v. DOES<br>Plaintiff: MALIBU MEDIA, LLC. Defendant: JOHN DOES. | DCD | Wilkins | Copyrights | Copyright Infringement |
| Malibu Media, LLC. v. John Does 1-15<br>Plaintiff: Malibu Media, LLC. Defendant: John Does 1-15. | CASD | Sabraw | Copyrights | Copyright Infringement |

February 9, 2012

| Case | Court | Judge | Category | Type |
|---|---|---|---|---|
| Malibu Media, LLC v. John Does 1-25<br>Plaintiff: Malibu Media, LLC. Defendant: John Does 1-25. | CASD | Burns | Copyrights | Copyright Infringement |
| Malibu Media, LLC. v. John Does 1-13<br>Plaintiff: Malibu Media, LLC. Defendant: John Does 1-13. | CASD | Moskowitz | Patent | Copyright Infringement |

February 8, 2012

| Case | Court | Judge | Category | Type |
|---|---|---|---|---|
| MALIBU MEDIA, LLC v. JOHN DOES 1-10<br>Plaintiff: MALIBU MEDIA, LLC. Defendant: JOHN DOES 1-10. | PAED | SAVAGE | Copyrights | Copyright Infringement |
| MALIBU MEDIA, LLC v. JOHN DOES 1-11<br>Plaintiff: MALIBU MEDIA, LLC. Defendant: JOHN DOES 1-11. | PAED | MCLAUGHLIN | Copyrights | Copyright Infringement |
| MALIBU MEDIA, LLC v. JOHN DOES 1-15<br>Plaintiff: MALIBU MEDIA, LLC. Defendant: JOHN DOES 1-15. | PAED | RUFE | Copyrights | Copyright Infringement |
| MALIBU MEDIA, LLC v. JOHN DOES 1-17<br>Plaintiff: MALIBU MEDIA, LLC. Defendant: JOHN DOES 1-17. | PAED | JONES | Copyrights | Copyright Infringement |
| MALIBU MEDIA, LLC v. JOHN DOES 1-22<br>Plaintiff: MALIBU MEDIA, LLC. Defendant: JOHN DOES 1-22. | PAED | JOYNER | Copyrights | Copyright Infringement |