

**Law Enforcement Support**
1801 California St, 10th Floor
Denver, Colorado 80202
303-896-2522
FAX: 303-896-4474

Michelle Thoms
Senior Security Specialist
Michelle.thoms@qwest.com
303-992-5802

February 27, 2012

*Jeff Fantalis*

818 Trail Ridge Dr
Louisville, CO  80027

Re: 2012-00002338

Dear Ms. Fantalis:

It is Qwest's policy to notify our customers when we receive a subpoena requesting their records in a civil matter. Qwest protects its customers' privacy, but we are required to respond to lawful subpoenas for customer information unless otherwise ordered by the relevant court or regulatory body.

Qwest has been served with a subpoena in connection with the matter of:  *Malibu Media, LLC v. John Does 1-30, Case No. 1:12-cv-00402-WYD, United States District Court, District of Colorado*.  The subpoena requires Qwest to produce records and information related to your telephone/DSL account. Attached please find a copy of the subpoena issued to Qwest.

Qwest is required by law to respond to the subpoena and furnish the records requested on or before *March 15, 2012*.

If you have any objections to the subpoena, please notify me in writing of the objection as soon as possible, but no later than close of business on the above date. You will also need to file your objections with the court on or before the date specified to prevent the release of your records pursuant to the subpoena.  If we do not receive a copy of your objections filed with the court by the above date, Qwest will produce the records as required by law.

If you have any questions, please contact me.

Sincerely,

*M. THOMS*
Qwest Communications

**EXHIBIT C**

4K 2/22/12 @3:45 pm

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the District of Colorado

| Malibu Media, LLC | Civil Action No. 1:12-cv-00402-WYD |
|---|---|
| *Plaintiff* | |
| v. | |
| John Does 1 - 30, | |
| *Defendants*. | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Qwest Communications
c/o: The Corporation Company
1675 Broadway, Suite 1200
Denver, CO 80202

[X] *Production*: YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Please produce documents identifying the name, address, and telephone number of the defendant John Does listed in the below chart:

| Doe# | IP Address | Date/Time UTC |
|---|---|---|
| 22 | 174.22.132.59 | 1/22/2012 3:36 |
| 23 | 184.96.0.193 | 1/14/2012 5:14 |
| 24 | 184.99.247.212 | 1/18/2012 3:21 |
| 25 | 184.99.255.39 | 12/20/2011 5:58 |
| 26 | 67.41.140.20 | 12/8/2011 5:25 |
| 27 | 71.208.126.31 | 12/14/2011 12:22 |
| 28 | 71.208.248.113 | 1/16/2012 23:55 |
| 29 | 71.211.207.109 | 1/26/2012 1:56 |
| 30 | 75.166.112.233 | 11/20/2011 4:38 |

| Place: Kotzker Law Group<br>9609 S. University Blvd., #632134<br>Highlands Ranch, CO 80163 | Date and Time:<br>APRIL 9, 2012 @ 9:30 a.m. |
| --- | --- |
| | |

[ ] *Inspection of Premises*: YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
| --- | --- |
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: __2/22/2012__

CLERK OF COURT

_____         OR        7A _____
Signature of Clerk or Deputy Clerk                    Attorney's Signature

The name, address, e-mail, and telephone number of the attorney representing Plaintiff, who issues or requests this subpoena, are:
Jason Kotzker, Esq., The Kotzker Law Group, 9609 S. University Blvd., #632134, Highlands Ranch, CO  80163, Telephone: (303) 875-5386, Email: jason@KLGIP.com