IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00886- MSK-MEH

---

Malibu Media, LLC,

    Plaintiff,

v.

Jeff Fantalis, Bruce Dunn, and
Stephen Deus,

    Defendants.

---

### SUMMONS

TO THE ABOVE NAMED PLAINTIFF:

You are hereby summoned and required to serve upon Jeff Fantalis, Defendant pro se,

whose address is:

818 Trail Ridge Drive
Louisville CO 80027

and upon all defendants, AND FILE WITH THE CLERK OF THE COURT

an answer to the counterclaim which is herewith served upon you, within 21 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the counterclaim.

                                                                      Gregory C. Langham, Clerk

                                                         By: _____
                                                                   , Deputy Clerk

                                                  (Seal of the Court)

Date:

Clerk, Alfred A. Arraj United States Courthouse, Room A-105, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATION OF SERVICE

I, Jeff Fantalis, hereby certify that on May 25, 2012, I caused a copy of this Summons, along with the Answer and Counterclaim, to be served upon Plaintiff's attorney of record by U.S. Mail, Return Receipt Requested, at the following address:

Jason A. Kotzker

Kotzker Law Group

9609 S. University Blvd. #632134

Highlands Ranch CO 80163

Jeff Fantalis
Defendant *pro se*