# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JEFF FANTALIS, BRUCE DUNN, and
STEPHEN DEUS,

      Defendants

_____/

Case No.: 1:12-cv-00886-REB-MEH

## MOTION FOR ENTRY OF CLERK'S DEFAULT PURSUANT TO FED.R.CIV.P. 55(a) AGAINST DEFENDANT BRUCE DUNN

Pursuant to Fed.R.Civ.P. 55(a), Plaintiff moves for the entry of a default against Defendant, BRUCE DUNN, for failing to plead or otherwise defend this action as required by law. Attached hereto as Exhibit A is the Declaration in Support of Request for Entry of Default. Attached hereto as Exhibit B is the proposed Entry of Default.

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on Defendant, BRUCE DUNN, at 11441 E. Adriatic Place, Aurora, CO 80014.

By: /s/*Jason Kotzker*
Jason Kotzker