IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS, BRUCE DUNN, and
STEPHEN DEUS,

    Defendants

_____/

Case No.: 1:12-cv-00886-REB-MEH

### DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Jason Kotzker, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the plaintiff in this action.
2. A Complaint was filed herein on April 4th, 2012.
3. Defendant, BRUCE DUNN, was served on May 4th, 2012.
4. More than twenty one (21) days have elapsed since the Defendant in this action was served, and the Defendant have failed to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure.

### DECLARATION

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of June, 2012.

_____
Attorney for Plaintiff

EXHIBIT "A"