# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

MALIBU MEDIA, LLC,

        Plaintiff,

v.

JEFF FANTALIS, BRUCE DUNN, and
STEPHEN DEUS,

        Defendants
_____/

Case No.: 1:12-cv-00886-REB-MEH

## ENTRY OF DEFAULT

It appearing that the Complaint was filed in this case on April 4th, 2012; that the summons and Complaint were duly served upon Defendant, BRUCE DUNN, on May 4, 2012, and no answer or other pleading has been filed by said defendant as required by law.

Therefore, upon request of the plaintiff, default is hereby entered against the Defendant, BRUCE DUNN, as provided in Rule 55(a), Federal Rules of Civil Procedure.

                                      By_____
                                              Deputy Clerk

EXHIBIT "B"