IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

<u>Civil Action No. 1:12-cv-00886-MSK-MEH</u>

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS, BRUCE DUNN, and
STEPHEN DEUS,

    Defendants.
_____/

**<u>Joint Statement Certifying Conferral in Accordance with Minute Order [Dkt#9]</u>**

    Plaintiff, MALIBU MEDIA, LLC, and Defendants JEFF FANTALIS and STEPHEN DEUS, hereby certify that they have conferred in good faith about all matters required by the Court's Minute Order [Dkt#9].

    Respectfully submitted,

By:   /s/ *Jason Kotzker*
Jason Kotzker, Esq.
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Telephone: (303)875-5386
*Attorney for Plaintiff*

Dated: June 1, 2012