IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00886-MSK-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS,
BRUCE DUNN, and
STEPHEN DEUS,

    Defendants.

## CLERK'S NOTE

This matter is before the Clerk's office on a Motion for Entry of Clerk's Default Pursuant to Fed.R.Civ.P. 55(a) Against Defendant Bruce Dunn.  Upon examination of our records, we find that defendant Bruce Dunn was served on May 4, 2012.

It is noted that the affidavit concerning defendant(s) military status required by Service member's Civil Relief Act of 2003, Pub.L.No. 108-189, 117 Stat. 2835 (codified at 50 U.S.C. app § 521) did not accompany the motion.  Therefore,

DEFAULT of defendant Bruce Dunn will not be entered.

DATED: June 4, 2012.

                                            GREGORY C. LANGHAM, CLERK

                                            By:   s/ Edward P. Butler
                                                      Edward P. Butler, Deputy Clerk