IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12:cv-00886-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS, BRUCE DUNN, and
STEPHEN DEUS,

    Defendants
_____/

## AFFIDAVIT

I, Jason Kotzker, declare under penalty of perjury that the following facts stated in this affidavit are within my personal knowledge and are true and correct.

1. I am the attorney for the Plaintiff in this case.
2. Defendant, Bruce Dunne was served with Summons and Complaint on May 4th, 2012.
3. More than 21 days have elapsed since Defendant, Bruce Dunn was served.
4. Defendant, Bruce Dunn has failed to plead or otherwise defend Plaintiff's claims.
5. Defendant, Bruce Dunn is not on active duty in the U.S. Military.

**State of Colorado**
**County of** Douglas

**BEFORE ME**, the undersigned Notary, Jason Beach _____ [name of Notary before whom affidavit is sworn], on this 12th day of June, 2012, personally appeared Jason Kotzker, Esq. known to me to be a credible person and of lawful age, who being by me first duly sworn, on his oath, deposes and says: The above facts stated are true and correct.

_____
Jason Kotzker
10268 Royal Eagle St.
Highlands Ranch, CO 80129
(303) 875-5386
Attorney for Plaintiff

Subscribed and sworn to before me, this 12th day of June, 2012.

[Notary Seal:]

Jason Beach
NOTARY PUBLIC
STATE OF COLORADO
MY COMMISSION EXPIRES 04/12/2016