IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00886-MSK-MEH

MALIBU MEDIA, LLC.

      Plaintiff,

v.

JEFF FANTALIS, BRUCE DUNN,
AND STEPHEN DEUS,

      Defendants.

---

## PROPOSED SCHEDULING ORDER

---

### 1.  DATE OF CONFERENCE AND APPEARANCES OF COUNSEL AND PRO SE PARTY

The scheduling conference is set for June 22, 2012 at 10:00 a.m. in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado before Magistrate Michael E. Hegarty.  Plaintiff, Malibu Media, LLC., is represented by Jason Kotzker, Esq., of Kotzker Law Group, located at 9609 South University Boulevard #632134, Highlands Ranch, CO 80163. Phone number (303) 875-5386.  Defendant, Jeff Fantalis,  pro se, resides at 818 Trail Ridge Dr. Louisville. CO 80027. T: (303) 428-1211. Defendant, Stephen Deus represented by Gordon M. Hadfield, 125 South Howes Street, Suite 900. Fort Colllins, CO 80521.

### 2.  STATEMENT OF JURISDICTION

This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (district courts having subject matter jurisdiction over matters dealing with a federal question)

1

and 28 U.S.C. § 1338 (district courts having subject matter jurisdiction over matters dealing with patents, copyrights, and trademarks).

## 3.   STATEMENT OF CLAIMS AND DEFENSES

a.      Plaintiff: Plaintiff has sued Defendants for (1) direct copyright infringement of its website containing 107 movies, known as "Siterip" pursuant to 17 U.S.C. §§ 106 & 501, based on Defendants' actions of illegally downloading Plaintiff's works;   and (2) contributory copyright infringement of its works pursuant to 17 U.S.C. § 504, based on the Defendants' actions of illegally downloading Plaintiff's works.

b.      Defendant: Defendant, Jeff Fantalis filed its answer, affirmative defenses, and counterclaim to Plaintiff's complaint. All claims and defenses alleged by said Defendant have been set forth in said pleadings and speak for themselves.

Defendant, Stephen Deus has not filed an answer and affirmative defenses to Plaintiff's complaint up to this date.

## 4.   UNDISPUTED FACTS

The parties are not in the position to ascertain if there are any undisputed facts since not all the Defendants have filed their answer and affirmative defenses to Plaintiff's complaint.

## 5.   COMPUTATION OF DAMAGES

a.      Amount of Damages: Plaintiff has not yet determined its actual damages or any additional profits made by each of the Defendants.  Pursuant to 17 U.S.C. § 504-(a) and (c) Plaintiff is entitled to the statutory damages in an amount up to $150,000 per Defendant.

b.      Other Relief: Plaintiff also seeks to enjoin each Defendant from infringing Plaintiff's copyrighted works, and that each Defendant permanently remove Plaintiff's works from their possession.

c.      Damages Pursuant To Counterclaim: Defendant, Fantalis, has not finalized computation of actual damages.

## 6.   REPORT OF PRE-CONFERENCE DISCOVERY & MEETING UNDER FED R. CIV. P. 26(f)

a.      The Rule 26(f) conference occurred on June 22, 2012.

b.      Jason Kotzker, Esq., represented Plaintiff.   Defendant, Jeff Fantalis, pro se, resides at 818 Trail Ridge Dr. Louisville. CO 80027. T: (303) 428-1211. Defendant, Stephen Deus is represented by Gordon M. Hadfield, 125 South Howes Street, Suite 900, Fort Collins, CO 80521.

c.      26(a)(1) disclosures will be exchanged on or before **July 6, 2012**.

d.      The parties do not propose any changes to the timing or requirement of disclosures under Fed. R. Civ. P. 26(a)(1).

e.      The parties do not have any agreements to conduct informal discovery.

f.      The parties do not have any other agreements or procedures to reduce discovery and other litigation costs, including the use of a unified exhibit numbering system.

g.       The parties do anticipate that their claims and/or defenses will involve extensive electronically stored information, and that a substantial amount of disclosure or discovery will involve information or records maintained in electronic form.  This is in addition to traditional discovery such as interrogatories, document production and depositions as noted below.

h.      Plaintiff and Defendant, Fantalis, have not discussed settling this matter. Plaintiff and counsel for Defendant, Deus, have discussed settling this matter but to date have not agreed on terms that mutually acceptable to them.

## 7.  CONSENT

All parties have consented to the exercise of jurisdiction of a magistrate judge except to the extent that Plaintiff demanded a jury trial.

## 8.  DISCOVERY LIMITATIONS

a.      The parties anticipate no more than 25 interrogatories and 10 depositions per side including experts.

b.      The parties anticipate that the length of depositions will be no longer than 7 hours.

c.      The parties anticipate no more that 25 requests for production and/or requests for admission per party.

d.      The parties do not have any other recommendation for other planning or discovery orders at this time.

## 9.  CASE PLAN AND SCHEDULE

a.      Deadline for Joinder of Parties and Amendment of Pleadings: **August 17, 2012** with the caveat that pleadings can be amended as necessary to be consistent with facts uncovered through discovery.

b.      Discovery Cut-Off:  **December 21, 2012**

c.      Dispositive Motion Deadline: **December  14, 2012**

d.      Expert Witness Disclosures:

1.  The parties anticipate 2 expert witnesses per party without leave of Court.

4

2.   The parties shall designate all experts and provide opposing counsel and any *pro se* parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 31, 2012.**

4.   The parties shall designate all rebuttal experts and provide opposing counsel and any *pro se* party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 19, 2012.**

e.     Identification of Persons to Be Deposed:  The parties anticipate deposing each other.  Additionally, Plaintiff anticipates deposing any person that may have had access to Defendants' internet service. All depositions including experts shall be completed by **October 26, 2012**.

f.     Deadline to propound Interrogatories**:  November 15, 2012**

g.     Deadline to propound Requests for Production of Documents and/or Admissions: **December 7, 2012**

## 10. DATES FOR FURTHER CONFERENCES

a.     An early neutral evaluation will be held on _____ at _____ o'clock_____ .m.

( )   *Pro se* parties and attorneys only need be present.

( )   Pro se parties, attorneys, and client representatives must be present.

( )   Each party shall submit a Confidential Settlement Statement to the magistrate judge on or before _____ outlining the facts and issues, as well as the strengths and weaknesses of their case.

b.     Status conferences will be held in this case at the following dates and times:

_____

c.      A final pretrial conference will be held in this case on _____ at _____o'clock ____.m.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five (7) days before the final pretrial conference.

## 11. OTHER SCHEDULING MATTERS

a.      There are no discovery or scheduling issues which counsel after a good faith effort, will be unable to reach an agreement upon at this time.

b.      The parties anticipate that the trial will last no more than 3 days; Plaintiff has demanded a trial by jury.

c.      Identify pretrial proceedings, if any, that the parties believe may be more efficiently or economically conducted in the District Court's facility at 212 N. Wahsatch Street, Colorado Springs, Colorado:  None

## 12. NOTICE TO COUNSEL AND PRO SE PARTIES

The parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 6.1D by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

Counsel will be expected to be familiar and to comply with the Pretrial and Trial Procedures or Practice Standards established by the judicial officer presiding over the trial of this case.

With respect to discovery disputes, parties must comply with D.C.COLO.LCivR 7.1A.

In addition to filing an appropriate notice with the clerk's office, a *pro se* party must file a copy of a notice of change of his or her address or telephone number with the clerk of the magistrate judge assigned to this case.

6

In addition to filing an appropriate notice with the clerk's office, counsel must file a copy of any motion for withdrawal, motion for substitution of counsel, or notice of change of counsel's address or telephone number with the clerk of the magistrate judge assigned to this case.

## 13. AMENDMENTS TO SCHEDULING ORDER

The scheduling order may only be altered or amended upon a showing of good cause.

DATED this 22nd day of June, 2012.

BY THE COURT:

_____
United States Magistrate Judge

APPROVED:

_____
Jason Kotzker
10268 Royal Eagle St.
Highlands Ranch, CO 80129
(303) 875-5386
Attorney for Plaintiff

_____
Jeff Fantalis. *Pro se*
818 Trail Ridge Dr. Louisville.
CO 80027.
T: (303) 428-1211

_____
Gordon M. Hadfield, Esq.
125 South Howes Street, Suite 900
Fort Colllins, CO 80521
*Attorney for Defendant, Stephen Deus*