# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00886-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS, BRUCE DUNN, and
STEPHEN DEUS,

    Defendants

_____/

**ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO ANSWER AND COUNTERCLAIM**

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time to Respond to Answer and Counterclaim (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted.  Plaintiff shall have up to and including June 25, 2012 to file its response to Defendant Answer and Counterclaim [Dkt. #18].

    SO ORDERED this \_\_\_ day of _____, 2012.


    By_____
    **UNITED STATES DISTRICT JUDGE**