IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  12-cv-00886-MSK-MEH | Date:   June 22, 2012 |
| Courtroom Deputy:    Monique Wiles | FTR – Courtroom A501 |

| | |
|---|---|
| MALIBU MEDIA, LLC, | Jason Kotzker |
| Plaintiff, | |
| v. | |
| JEFF FANTALIS, | Jeff  Fantalis |
| BRUCE DUNN, and | |
| STEPHEN DEUS, | |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING CONFERENCE**

**Court in session: 9:53 a.m.**

Court calls case.  Appearance of counsel.

Mr. Kotzker informs the Court that the Plaintiff has settled with Defendant Stephen Deus and has obtained a Clerk's Entry of Default against Defendant Bruce Dunn.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Discovery Deadline: December 21, 2012**

**Dispositive Motion Deadline: January 22, 2013**

**Initial Rule 26(a)(2) Disclosures: July 6, 2012**
**Rebuttal Rule 26(a)(2) Disclosures: July 13, 2012**

Parties to execute a Consent to the Exercise of Jurisdiction by a United States Magistrate Judge.

**ORDERED:**  A Status Conference, on discovery,  is set for **August 20, 2012 at 9:30 a.m.**

**ORDERED:**  Plaintiff's First Motion for Extension of Time to Respond to Answer and Counterclaim (Doc. #26, filed 6/19/2012) is **GRANTED.**  Plaintiff shall have until June 25, 2012 to file its Motion to Dismiss Defendant's Answer and Counterclaim.

**Final Pretrial Conference:** **March 5, 2013 at 9:30 a.m.**
In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**

**TRIAL:**
A trial to a jury is set for **May 6, 2013 at 9:00 a.m.** before Magistrate Judge Hegarty; estimated length of trial is three (3) days .


**Court in recess: 10:16 a.m.**          **Hearing concluded.**
**Total time in Court:  23 minutes**