**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JEFF FANTALIS, BRUCE DUNN, and
STEPHEN DEUS,

      Defendants
_____/

Case No.: 1:12-cv-00886-MSK-MEH

**PLAINTIFF NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
OF STEPHEN DEUS WITH PREJUDICE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Stephen Deus ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Defendant from this action with prejudice. Stephen Deus was assigned the IP Address 184.99.255.39. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Stephen Deus has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: July 3, 2012

      Respectfully submitted,

      By:   /s/ Jason Kotzker
      Jason Kotzker
      Jason@klgip.com
      KOTZKER LAW GROUP
      9609 S. University Blvd. #632134
      Highlands Ranch, CO 80163
      Phone: 303-875-5386
      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 3, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By:  /s/ Jason Kotzker