IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00886-REB-MEH

MALIBU MEDIA, LLC,

      Plaintiffs,

v.

JEFF FANTALIS,
BRUCE DUNN, and
STEPHEN DEUS,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 3, 2012.**

      This matter comes before the Court *sua sponte*. Due to an unforeseen scheduling conflict, the Status Conference currently set for July 3, 2012 is **vacated and rescheduled** to **July 17, 2012**, at **9:45 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel and any *pro se* parties may appear at the Status Conference by telephone by first teleconferencing together then calling my Chambers at (303) 844-4507 at the appointed time.