## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2012, a true and correct copy of Plaintiff's Fed. R. Civ. P. 26(a) Disclsoure was served by email on Defendant, Jeff Fantalis. Pro se, 818 Trail Ridge Dr. Louisville. CO 80027. T:(303) 428-1211. E-mail: jfantalis@hotmail.com.

By: _/s/ Jason Kotzker_