Jeff Fantalis
818 Trail Ridge Drive
Louisville CO 80027
jfantalis@hotmail.com
303-482-1211

July 10, 2012

Clerk of the Court
Alfred A. Arraj United States Courthouse
Room A-105
901 19th Street
Denver, Colorado 80294-3589

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 6 2012

GREGORY C. LANGHAM
CLERK

Re: Malibu Media LLC v. Fantalis, Dunn & Deus
Case No. 1:12-cv-00886-MSK-MEH

Dear Sir/Madam:

Enclosed for filing please find the following:

(1) an original of the Defendant's First Amended Answer and Counterclaim in the above referenced matter;
(2) an original of the Defendant's Response to Plaintiff's Motion to Dismiss Defendant's Counterclaim.

Defendant submits his Amended Answer and Counterclaim as of right pursuant to Rule 15(a)(1) which provides: "A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." As the Plaintiff in the above-referenced matter filed a Motion to Dismiss pursuant to Rule 12(b)(6) on June 25, 2012, Defendant is within the 21 days provided by Rule 15(a)(1)(B).

By copy of this letter, I am serving copies of these documents upon the plaintiff's counsel, Jason Kotzker, Esq.

Thank you for your assistance in this matter. If you need anything further from me, please do not hesitate to contact me.

Very truly yours,

Jeff Fantalis
Defendant *pro se*

CC: Jason Kotzker, Esq. (w/ enclosures)