**From:** "M. Keith Lipscomb" <KLipscomb@LEBFIRM.COM>
**Reply-To:** "M. Keith Lipscomb" <KLipscomb@LEBFIRM.COM>
**Date:** Thursday, August 25, 2011 7:18 PM
**To:** Brad Patrick <BradPatrick@baplegal.com>, "M. Keith Lipscomb" <KLipscomb@LEBFIRM.COM>, copyright <copyright@LEBFIRM.COM>
**Subject:** Re: Settlement agreements

Welcome, and you can also tell your clients that IPP is one of three companies doing these scans and that they provided me with information which establishes several of your clients infringed movies from studios that I do not represent. In my individual suits, I am going to call all of those studios and have them become additional plaintiffs. Right now, statistically there is only about a .1 percent chance they'll get hit by these studios with a suit. Then I am going to go the other two companies that scan and get all the other plaintiffs I can from all of them.

If you want to save face with these clients and make your motion appear justified, tell them it caused me to send the emails I would send to ISPs. I will hold your original notices of withdrawal in trust until those emails are sent.

You can appear to be a hero or you can be obstinate and unreasonable. It's up to you. If your reasonable here, however, and another Omnibus motion gets filed, don't even bother trying to settle it.

Best regards,
Keith

Sent via BlackBerry by AT&T



EXHIBIT G