IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.**   12-cv-00886-MSK-MEH        **FTR – Courtroom A501**
**Date:**   July 17, 2012                                        Cathy Coomes, Courtroom Deputy

MALIBU MEDIA, LLC,                                   Jason Kotzker

        Plaintiff,

v.

JEFF FANTALIS and                                        *Pro Se*
BRUCE DUNN,                                               (No appearance)

        Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**        9:49 a.m.

The Court calls case.  Appearances of counsel for Plaintiff and *pro se* Defendant Jeff Fantalis.
The parties appear by telephone.

Discussion regarding the status of the case, service on Defendant Dunn, consent to the
jurisdiction of a Magistrate Judge, Scheduling Order deadlines, procedures for *pro se* parties to
register for CM/ECF filing, the pending Motion to Dismiss, and entering a protective order.

Mr. Kotzker is directed to file a Motion for Default Judgment as to Defendant Dunn.

**Court in recess:**        10:18 a.m.        (Hearing concluded)
Total time in court:     00:29