

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = kat trans
Search Results: Displaying 1 of 1 entries



*Kat Translucence.*

        **Type of Work:** Motion Picture
 **Registration Number / Date:** PA0001762073 / 2011-11-19
      **Application Title:** Kat Translucence.
              **Title:** Kat Translucence.
          **Description:** Electronic file (eService)
   **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
       **Date of Creation:** 2009
    **Date of Publication:** 2009-11-20
**Nation of First Publication:** United States
 **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
                             Authorship: entire motion picture.
                **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record   [v]   Format for Print/Save |
| Enter your email address:                                   Email |

EXHIBIT A

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = megan morning
Search Results: Displaying 1 of 1 entries



*Megan Morning Bath.*

               **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762077 / 2011-11-18
          **Application Title:** Megan Morning Bath.
                   **Title:** Megan Morning Bath.
               **Description:** Electronic file (eService)
      **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
            **Date of Creation:** 2010
       **Date of Publication:** 2010-02-12
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
                   **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▼  Format for Print/Save |
| Enter your email address:                                Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

/26/12                                   WebVoyage Record View 1



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = carlie beautiful
Search Results: Displaying 1 of 1 entries



*Carlie Beautiful Blowjob .*

            **Type of Work:** Motion Picture
  **Registration Number / Date:** PA0001762079 / 2011-11-21
        **Application Title:** Carlie Beautiful Blowjob .
                  **Title:** Carlie Beautiful Blowjob .
             **Description:** Electronic file (eService)
    **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
           **Date of Creation:** 2010
       **Date of Publication:** 2010-03-26
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
                           Authorship: entire motion picture.
                     **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record   [Format for Print/Save] |
| Enter your email address:   [Email] |

Help   Search   History   Titles   Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Title = carlie leila
Search Results: Displaying 1 of 1 entries





*Carlie Leila Strawberries and Wine.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762081 / 2011-11-18
**Application Title:** Carlie Leila Strawberries and Wine.
**Title:** Carlie Leila Strawberries and Wine.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-05-07
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [▼]  [Format for Print/Save] |
| Enter your email address:                                    [Email] |

# Copyright
United States Copyright Office

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = mina's fantasy
Search Results: Displaying 1 of 2 entries



*Mina's Fantasy.*

| | |
|---|---|
| Type of Work: | Motion Picture |
| Registration Number / Date: | PA0001762078 / 2011-11-23 |
| Application Title: | Mina's Fantasy. |
| Title: | Mina's Fantasy. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| Date of Creation: | 2010 |
| Date of Publication: | 2010-06-25 |
| Nation of First Publication: | United States |
| Authorship on Application: | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| Names: | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record [Format for Print/Save] |
| Enter your email address: [Email] |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

/26/12     WebVoyage Record View 1



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = katka
Search Results: Displaying 2 of 4 entries





*Katka Cum Like Crazy.*

                               **Type of Work:** Motion Picture
           **Registration Number / Date:** PA0001762074 / 2011-11-21
                   **Application Title:** Katka Cum Like Crazy.
                           **Title:** Katka Cum Like Crazy.
                     **Description:** Electronic file (eService)
         **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
                 **Date of Creation:** 2010
           **Date of Publication:** 2010-07-07
  **Nation of First Publication:** United States
  **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
                              Authorship: entire motion picture.
                         **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record   [▼]   [Format for Print/Save] |
| Enter your email address:                                                [Email] |

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = kristen girl
Search Results: Displaying 1 of 1 entries



*Kristen Girl Next Door.*

- **Type of Work:** Motion Picture
- **Registration Number / Date:** PA0001762076 / 2011-11-18
- **Application Title:** Kristen Girl Next Door.
- **Title:** Kristen Girl Next Door.
- **Description:** Electronic file (eService)
- **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
- **Date of Creation:** 2010
- **Date of Publication:** 2010-08-25
- **Nation of First Publication:** United States
- **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record   [Format for Print/Save] |
| Enter your email address:   [Email] |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tori the
Search Results: Displaying 3 of 6 entries





*Tori The Endless Orgasm.*

          **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762082 / 2011-11-18
          **Application Title:** Tori The Endless Orgasm.
          **Title:** Tori The Endless Orgasm.
          **Description:** Electronic file (eService)
          **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
          **Date of Creation:** 2010
          **Date of Publication:** 2010-10-20
          **Nation of First Publication:** United States
          **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
          **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record   ▼   Format for Print/Save |
| Enter your email address:                                Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

/26/12                                                 WebVoyage Record View 1



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Title = katka sweet
Search Results: Displaying 1 of 1 entries





*Katka Sweet Surprise.*

                     **Type of Work:** Motion Picture
      **Registration Number / Date:** PA0001762075 / 2011-11-18
              **Application Title:** Katka Sweet Surprise.
                           **Title:** Katka Sweet Surprise.
                   **Description:** Electronic file (eService)
            **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
                **Date of Creation:** 2010
           **Date of Publication:** 2010-08-04
   **Nation of First Publication:** United States
  **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
                                     Authorship: entire motion picture.
                          **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record   [▼]   [ Format for Print/Save ] |
| Enter your email address:                                      [ Email ] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = leila sex
Search Results: Displaying 1 of 1 entries



*Leila Sex On The Beach.*

        **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762083 / 2011-11-21
        **Application Title:** Leila Sex On The Beach.
        **Title:** Leila Sex On The Beach.
        **Description:** Electronic file (eService)
        **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd., Malibu, CA, 90265, United States.
        **Date of Creation:** 2010
        **Date of Publication:** 2010-12-22
**Nation of First Publication:** United States
        **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
        **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [ Format for Print/Save ] |
| Enter your email address:  [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

/26/12                                              WebVoyage Record View 1



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tiffany teen
Search Results: Displaying 1 of 1 entries





*Tiffany Teenagers In Love.*

              **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762019 / 2011-11-20
          **Application Title:** Tiffany Teenagers In Love.
                      **Title:** Tiffany Teenagers In Love.
              **Description:** Electronic file (eService)
    **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
            **Date of Creation:** 2010
       **Date of Publication:** 2010-12-29
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
                      **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record   [▼]   Format for Print/Save |
| Enter your email address:                                    Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

                                                                                 **EXHIBIT A**

/26/12            WebVoyage Record View 1



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tiffany SEX
Search Results: Displaying 1 of 1 entries



*Tiffany Sex with a Supermodel.*



**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762022 / 2011-11-21
**Application Title:** Tiffany Sex with a Supermodel.
**Title:** Tiffany Sex with a Supermodel.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2011
**Date of Publication:** 2011-02-23
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC

| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [v]  Format for Print/Save |
| Enter your email address:          Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

/26/12                                  WebVoyage Record View 1



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Title = maryjane young
Search Results: Displaying 1 of 1 entries





*MaryJane Young Love.*

               **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762404 / 2011-11-23
        **Application Title:** MaryJane Young Love.
                    **Title:** MaryJane Young Love.
              **Description:** Electronic file (eService)
    **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
            **Date of Creation:** 2011
      **Date of Publication:** 2011-08-15
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
                     **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [▼]  Format for Print/Save |
| Enter your email address:                                Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page