7/3/12  Digital Society » Blog Archive » Princeton study – 99% of BitTorrent files pirated

# digital society

Pro-Culture, Pro-Commerce

- Home
- About
    - Daily Digest Email
- Issues
    - Digital Economy
    - Intellectual Property
    - Internet
    - Media
    - Privacy & Security
    - Video & Gaming
    - Wireless



Home » Intellectual Property

## Princeton study – 99% of BitTorrent files pirated

Tweet  0      By George Ou 29 January 2010 2 Comments

Princeton Senior Sauhard Sahi (under the supervision of Princeton Professor Ed Felton) conducted a study of 1021 randomly selected files pulled from the trackerless variant of BitTorrent.  10 of the 1021 files were found to be likely non-infringing, which would mean that more than 99% of the files sampled were copyrighted content.

**Figure 1 – Types of BitTorrent files sampled by Sauhard Sahi**



While 99% of these files sampled were pirated, it doesn't directly translate to the percentage of BitTorrent network traffic.  The network traffic number could simply be computed by weighting the files by the number of active non-seeding peers (the number of people actively downloading).  This method already factors in the file size because the larger the file, the longer it takes people to download something which means more active non-seeding peers.  Even if a file gets downloaded by the same number of people, small BitTorrent files will have very few active peers because people will quickly finish the download and either begin seeding or leave the torrent.

EXHIBIT B

Because the pirated files are always the most popular; and we know this because every top 100 list on popular BitTorrent sites are pirated files; we can surmise that the percentage of BitTorrent traffic flowing through a network will be much higher than the 99% file make up.  Of course, I hope Mr. Sahi can verify this from his sample and I'll be contacting him to request this and update this post when the results are in.

## 2 Comments »

- *Digital Society » Blog Archive » Analyzing Microsoft VP's quarantine advice* said:

  [...] [...]

  # 12 April 2010 at 8:02 PM

- *Digital Society » Blog Archive » Reality check – Americans like their broadband service* said:

  [...] [...]

  # 23 June 2010 at 5:08 PM

## Leave your response!

Add your comment below, or trackback from your own site. You can also subscribe to these comments via RSS.

Be nice. Keep it clean. Stay on topic. No spam.

[_____] Name (required)

[_____] Mail (will not be published) (required)

[_____] Website (optional)

[                                                   ]

You can use these tags:
```
<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>
```

This is a Gravatar-enabled weblog. To get your own globally-recognized-avatar, please register at Gravatar.

[Submit Comment]

# Twitter Feed

- Berners-Lee & Wu's Internet is Free of Choice & Innovation http://bit.ly/eCVe3Q #netneutrality #netpolicy #innovation 459 days ago

- New Netflix settings manage bandwidth caps http://bit.ly/hiVdmN #netflix #bandwidth #netpolicy 460 days ago
- The Future History of Net Neutrality http://bit.ly/hDILz9 #netneutrality #rail #netpolicy 460 days ago
- Tawkon iPhone app shows the benefit of living near cell towers http://bit.ly/hBWiIA #iphoneapps #cellradiation 461 days ago
- Gamestop Rolls On In Down Economy http://bit.ly/g6VQQm #gamestop #digitaleconomy #economy 463 days ago
- Spectrum hoarding cannot justify TV spectrum waste http://bit.ly/gIg9sI #spectrum #NAB #DishNetwork #TimeWarner 465 days ago

Follow us on Twitter

## About Us

Digital Society is a digital think tank that believes culture and commerce are inseparable, that the digital economy flourishes when people are free and rights are secure, and that free markets free people.

Digital Society is an independent 501(c)3 non-profit organization, funded by donations from Jon Henke and from Arts+Labs. We advocate for a pro-culture, pro-commerce digital society through research, analysis and debate on emerging technology issues.

## Reply Comments

Transparency and interactivity are trademarks of the Internet era, and we aim to foster them here at Digital Society. It is inevitable that some people will disagree with the technology policy positions we take. We want to have that constructive debate.

The Reply Comments feature gives our critics a chance to respond to our viewpoints and the Digital Society audience convenient access to competing arguments. Any time we directly challenge the views of an individual or a group on this site, the party in question may substantively respond in a guest post.

Please contact executive director Jon Henke by e-mail.

## Subscribe

## Daily Digest Email

Subscribe to our once daily digest email which will bring you with all the days stories from Digital Society.

Your email:

[Subscribe]

## Recent Posts

- Understanding Verizon v. FCC
- So Long, And Thanks For All The Fish…
- Medical Innovation: How Not To
- George Ou moving to High Tech Forum
- Berners-Lee & Wu's Internet is Free of Choice & Innovation
- The Future History of Net Neutrality
- New Netflix settings manage bandwidth caps
- Tawkon iPhone app shows the benefit of living near cell towers
- Intel launches 25 nanometer era with new SSDs
- Gamestop Rolls On In Down Economy
- Bad journalism on alleged AT&T metering problems
- Facing the Truth, We All Love Walled Gardens
- Spectrum hoarding cannot justify TV spectrum waste
- Comodo compromise demonstrates need for DNSSec migration

- Research: National Broadband Map
- Wireless data adoption up, but prices down
- Google the long distance phone company
- Do Not Track – Doesn't Need To Be Regulated, Probably Will Be
- More on Regulatory Analysis
- Netflix and Original Content

## Recent Posts

- Understanding Verizon v. FCC
- So Long, And Thanks For All The Fish…
- Medical Innovation: How Not To
- George Ou moving to High Tech Forum
- Berners-Lee & Wu's Internet is Free of Choice & Innovation

## Most Commented

- Jason Robert Brown debates rationalization of theft
- Online services security report card
- Apple faking 489 to 815 PPI on iPhone 4 ads
- Level 3 outbid Akamai on Netflix by reselling stolen bandwidth
- Analysis of BitTorrent uTP congestion avoidance

## Most Viewed

- Apple faking 489 to 815 PPI on iPhone 4 ads - 91,861 views
- Adding Value on the Internet - 69,174 views
- Online services security report card - 59,830 views
- George Ou moving to High Tech Forum - 54,840 views
- Apple keyboards hacked and possessed - 52,288 views

Powered by WordPress | Log in | Entries (RSS) | Comments (RSS) | Arthemia theme by Michael Hutagalung