IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-0886-MSK-MEH

MALIBU MEDIA, LLC,

Plaintiff,

v.

JEFF FANTALIS, BRUCE DUNN, and STEPHEN DEUS,

Defendants.

**NOTICE OF DISMISSAL OF DEFENDANT STEPHEN DEUS AND REQUEST TO BE REMOVED FROM ELECTRONIC FILING**

COMES NOW Defendant, Stephen Deus, by and through counsel, Gordon M. Hadfield, of Erik G. Fischer, P.C., and hereby states as follows:

1.  Plaintiff has settled this matter with Defendant Stephen Deus. A Notice of Settlement and Voluntary Dismissal of Stephen Dues With Prejudice was filed by Plaintiff on July 3, 2012.

2.  Undersigned counsel now wishes to be removed from the Court's automatic electronic filing in this matter.

3.  That the requested relief will prejudice no parties in this matter.

WHEREFORE, for the reasons stated above, undersigned counsel respectfully requests to be removed from the Court's automatic electronic filing in this matter.

Dated this 18th day of July, 2012.

*s/ Gordon M. Hadfield*
Gordon M. Hadfield
Erik G. Fischer, P.C.
125 South Howes, Suite 900
Fort Collins, CO 80521
Telephone: (970) 482-4710
Facsimile: (970) 482-4729
Email: ghadfield@egfpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2012, a true and correct copy of the foregoing **NOTICE OF DISMISSAL OF DEFENDANT STEPHEN DEUS AND REQUEST TO BE REMOVED FROM ELECTRONIC FILING** was e-filed and served on the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

*/s/ Lori Reinke*
Lori Reinke
Erik G. Fischer, P.C.
125 South Howes Street - Suite 900
Fort Collins, Colorado 80521
(970) 482-4710
(970) 482-4729 (Fax)
Lreinke@egfpclaw.com