IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-00886-MSK-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS; and
BRUCE DUNN,

    Defendants.

_____

**ORDER REFERRING CASE PURSUANT TO 28 U.S.C. § 636(c)**
_____

All parties to this action have consented **(#29)** to the exercise of jurisdiction by a United States Magistrate Judge for all further proceedings in this case pursuant to 28 U.S.C. § 636(c). Pursuant to D.C. Colo. L. Civ. R. 72.2(E), this case shall be **REFERRED** to the assigned Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c) and D.C. Colo. L. Civ. R. 72.2.

DATED this 18th day of July, 2012.

                **BY THE COURT:**

                */s/ Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge