# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00886-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS and BRUCE DUNN,

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF INTENTION REGARDING DEFENDANT'S AMENDED COUNTERCLAIM

Plaintiff intends to file a motion to dismiss Defendant's Amended Answer and Counterclaim. Plaintiff also intends to serve Defendant with a motion for sanctions pursuant to Rule 11, based upon his filing of a counterclaim that cannot be sustained on the basis of existing law or non-frivolous argument for extending, modifying, or reversing existing law or for establishing new law.

Dated: June 20, 2012

Respectfully submitted,
By: /s/*Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jason Kotzker*