IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00886-MEH

MALIBU MEDIA, LLC,

     Plaintiffs,

v.

JEFF FANTALIS, and
BRUCE DUNN,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 2, 2012.**

     In light of the filing of Defendant Jeff Fantalis' First Amended Answer and Counterclaim [docket #39] and the Plaintiff's "Notice of Intention" filed July 20, 2012 [docket #49], Plaintiff's Motion to Dismiss Defendant/Counter-Plaintiff's Counterclaim [filed June 25, 2012; docket #30] is **denied as moot**.