### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00886-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JEFF FANTALIS and BRUCE DUNN,

      Defendants.

_____/

### PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S FIRST AMENDED ANSWER AND COUNTERCLAIM [DKT. 39]

Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for the entry of an order allowing Plaintiff a brief extension of two (2) days to file its response to Defendant's First Amended Answer and Counterclaim, and states:

1.      On Jul 16, 2012, Defendant Fantalis filed his Amended Answer and Counterclaim. Plaintiff's response is due on Monday, August 6, 2012.

2.      Counsel for Plaintiff requires a brief extension of two (2) days to file its response to Defendant's Amended Answer and Counterclaim.

3.      Undersigned has conferred with Defendant Fantalis who agrees to the relief requested herein.

4.      This request is made in good faith and not made for the purpose of undue delay.

WHEREFORE, Plaintiff, with the agreement of Defendant, respectfully requests that this Court grant this Motion and enter an order granting Plaintiff an extension of two (2) days to file its response to Defendant Fantalis's Amended Answer and Counterclaim. A proposed order is attached for the Court's convenience.

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #634132
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jason Kotzker*
Jason Kotzker