## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00886-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS and BRUCE DUNN,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S FIRST AMENDED ANSWER AND COUNTERCLAIM [DKT. 39]**

THIS CAUSE came before the Court upon Plaintiff's Agreed Motion for Extension of Time File Response to Defendant's First Amended Answer and Counterclaim (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have up to and including August 8, 2012 to file its response to Defendant's First Amended Answer and Counterclaim [Dkt. 39].

    SO ORDERED this ___ day of _____, 2012.

By_____
**UNITED STATES DISTRICT JUDGE**