IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00886-MEH

MALIBU MEDIA, LLC,

    Plaintiffs,

v.

JEFF FANTALIS, and
BRUCE DUNN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 7, 2012.**

    Plaintiff's Agreed Motion for Extension of Time to File Response to Defendant's First Amended Answer and Counterclaim [filed August 3, 2012; docket #53] is **granted**. Plaintiff shall file an answer or other response to the Defendant's counterclaim on or before August 8, 2012.