IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.**   12-cv-00886-MEH | **FTR – Courtroom A501** |
| **Date:**   August 20, 2012 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| MALIBU MEDIA, LLC, | Jason Kotzker |
| Plaintiff, | |
| v. | |
| JEFF FANTALIS and | *Pro Se* |
| BRUCE DUNN, | (No appearance) |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**   9:42 a.m.

The Court calls case. Appearances of counsel for Plaintiff and *pro se* Defendant Jeff Fantalis by telephone.

Discussion regarding the status of the case, initial disclosures, entering a protective order, service of pleadings, and the Motion to File Amicus Brief (Doc. #56, filed 8/13/12).

Mr. Kotzker is directed to disclose to Mr. Fantalis Plaintiff's witnesses using the business address of the plaintiff and to file a motion for protective order.

**Court in recess:**   10:00 a.m.   (Hearing concluded)
Total time in court:   0:18