## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2012, a true and correct copy of Plaintiff's Amended Fed. R. Civ. P. 26(a) Disclosures was served by U.S. Mail and email to: Jeff Fantalis, 818 Trail Ridge Dr. Louisville. CO 80027; jfantalis@hotmail.com.

By: /s/ *Jason Kotzker*

Jason A. Kotzker