IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00886-MSK-MEH

MALIBU MEDIA, LLC,

    Plaintiff,
v.

JEFF FANTALIS and BRUCE DUNN,

    Defendants
_____/

**NOTICE OF WITHDRAWAL OF UNOPPOSED MOTION TO
STRIKE DEFENDANT'S SECOND AMENDED
COUNTERCLAIM AND INCORPORATED MEMORANDUM OF LAW**

1.    On August 29, 2012, Plaintiff filed an Unopposed Motion to Strike Defendant's Second Amended Counterclaim and Incorporated Memorandum of Law (the Motion).

2.    The parties agree that the Motion is proper and that Defendant's Second Amended Counterclaim should be stricken.

3.    Accordingly, Plaintiff hereby withdraws the Motion. Plaintiff has revised the Motion to reflect the parties' agreement. An Agreed Motion to Strike Defendant's Second Amended Counterclaim and Incorporated Memorandum of Law is being filed contemporaneous with the instant Notice.

WHEREFORE, Plaintiff requests that the Unopposed Motion to Strike Defendant's Second Amended Counterclaim and Incorporated Memorandum of Law be withdrawn.

Dated:  August 29, 2012

>Respectfully submitted,
>
>By: /s/*Jason Kotzker*
>Jason Kotzker
>jason@klgip.com
>KOTZKER LAW GROUP
>9609 S. University Blvd. #632134
>Highlands Ranch, CO 80163
>Phone: 303-875-5386
>*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2012, a true and correct copy of the foregoing document was served by U.S. Mail on Defendant, Jeff Fantalis. pro se, 818 Trail Ridge Dr. Louisville. CO 80027 with a courtesy copy sent via E-mail.

>By: /s/*Jason Kotzker*
>Jason Kotzker

2