IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00886-MEH

MALIBU MEDIA, LLC,

    Plaintiffs,

v.

JEFF FANTALIS, and
BRUCE DUNN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 30, 2012.**

    In light of the "Notice of Withdrawal" filed by the Plaintiff [docket #65], Plaintiff's Unopposed Motion to Strike Defendant's Second Amended Counterclaim [filed August 29, 2012; docket #64] is **withdrawn**.

    Before the Court is Plaintiff's Agreed Motion to Strike Defendant's Second Amended Counterclaim [filed August 29, 2012; docket #66]. According to the Plaintiff, Defendant Fantalis agrees that his Second Amended Answer and Counterclaim was filed in contravention of Fed. R. Civ. P. 15(a). The Court agrees as well; thus, the motion is **granted**. The Clerk of the Court is directed to strike from the record Defendant Fantalis' Second Amended Answer and Counterclaim [docket #62]. The action will proceed on Defendant Fantalis' First Amended Answer and Counterclaim [docket #39].