IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00886-REB-MEH

MALIBU MEDIA, LLC,

      Plaintiff/Counter-Defendant,

v.

JEFF FANTALIS,

      Defendant/Counter-Plaintiff,

BRUCE DUNN,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 31, 2012.**

      This matter comes before the Court *sua sponte*. At the request of the parties, the Court will hold a telephonic Status Conference in this case on **September 6, 2012**, at **11:00 a.m.,** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel and any *pro se* parties shall first teleconference together, then call my Chambers at (303) 844-4507 at the appointed time.