## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2012, a true and correct copy of Plaintiff's Responses to Defendant's First Request for Production, Request for Admissions, and Responses to Defendant's First Set of Interrogatories dated August 2, 2012 were served on Defendant, Jeff Fantalis, pro se via U.S. mail 818 Trail Ridge Dr. Louisville. CO 80027 and via E-mail

By: /s/ *Jason Kotzker*

Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*