IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00886-MEH

MALIBU MEDIA, LLC,

    Plaintiff/Counter-Defendant,

v.

JEFF FANTALIS,

    Defendant/Counter-Claimant,

BRUCE DUNN,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 4, 2012.**

    Defendant/Counter-Claimant's Motion to Withdraw Second Amended Answer and Counterclaim [filed August 31, 2012; docket #70] is **denied as moot**. The Second Amended Answer and Counterclaim was stricken on August 30, 2012 for failure to comply with Fed. R. Civ. P. 15(a). *See* docket #67.