IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.**   12-cv-00886-MEH | **FTR – Courtroom A501** |
| **Date:**   September 6, 2012 | Cathy Coomes, Courtroom Deputy |

MALIBU MEDIA, LLC,                                                  Jason Kotzker

      Plaintiff,

v.

JEFF FANTALIS,                                                              *Pro Se*

      Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**   11:03 a.m.

The Court calls case.  Appearances of counsel for Plaintiff and *pro se* Defendant.

Discussion regarding Defendant's Motion to Amend Answer and Counterclaim, Counter Defendant's Motion to Dismiss Defendant/Counter Plaintiff Fantalis's Amended Counterclaim, Defendant's Response to the Second Motion to Dismiss Defendant's Counterclaim, Counter Defendant's Motion for Sanctions, Defendant Fantalis's Motion to Extend Time to File Second Amended Answer and Counterclaim, Plaintiff's Motion for Protective Order, Motion to File Amicus Brief, Rule 26(a)(1) disclosures, discovery responses received by Defendant from Plaintiff, and the Motion to File Amicus Brief.  Defendant states he filed a response to Plaintiff's Motion for Protective Order already.

**ORDERED:**  1.  The parties shall go forward with the briefing on Defendant Fantalis's Motion to Extend Time to File Second Amended Answer and Counterclaim (Doc. #69, filed 8/31/12).

          2.  The briefing on Counter Defendant's Motion to Dismiss Defendant/Counter Plaintiff Fantalis's Amended Counterclaim (Doc. #55, filed 8/8/12) will be **held in abeyance.**

          3.  Defendant shall file a response to Counter Defendant's Motion for Sanctions (Doc. #68, filed 8/31/12) on or before **September 21, 2012.**

        4.        On or before **September 30, 2012,** Plaintiff shall produce documents requested by Defendant, absent leave of Court.

**Court in recess:**    11:43 a.m.    (Hearing concluded)
Total time in court:    0:40