IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00886-MEH

MALIBU MEDIA, LLC,

      Plaintiff/Counter-Defendant,

v.

JEFF FANTALIS,

      Defendant/Counter-Claimant,

BRUCE DUNN,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 19, 2012.**

      First Amendment Lawyers Association's (FALA) Motion for Leave to File *Amicus Curiae* Brief [filed August 13, 2012; docket #56] is **granted**. The points made in Mr. Fantalis' opposition to the motion are well taken; however, FALA's interest in the subject matter of the litigation does not disqualify it from briefing the issue of copyrightability of pornography. I will give the *Amicus* brief the consideration it merits. FALA's proposed brief is accepted and shall be docketed by the Clerk. This Order does not permit any further submissions by FALA.