IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00886-MEH

MALIBU MEDIA, LLC,

      Plaintiff/Counter-Defendant,

v.

JEFF FANTALIS,

      Defendant/Counter-Claimant,

BRUCE DUNN,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 24, 2012.**

Before the Court is Defendant's Motion Pursuant to Fed. R. Civ. P. 37(a) to Compel Plaintiff to Produce Answers to Discovery Requests and Request for Sanctions [docket #86]. The parties are directed to appear before the Court for a hearing regarding the above matter on Monday, **November 5, 2012, at 2:00 p.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.