# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00886-MSK-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS and BRUCE DUNN,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE SCHEDULE

THIS CAUSE came before the Court upon Plaintiff's Motion to Modify the Schedule (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. The schedule is modified as follows:

| **Action** | **Old Deadline** | **Modified Deadline** |
|---|---|---|
| Deadline to hold depositions. | October 26, 2012 | February 14, 2013 |
| Deadline to exchange Witness Lists | - - | December 31, 2012 |
| Deadline to exchange exhibits/deposition excepts and object | April 16, 2013 | April 12, 2013 |
| Dispositive Motions | January 22, 2013 | March 6, 2013 |

SO ORDERED this \_\_\_ day of _____, 2012.

By: _____
**UNITED STATES DISTRICT JUDGE**

1