IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00886-MEH

MALIBU MEDIA, LLC,

    Plaintiff/Counter-Defendant,

v.

JEFF FANTALIS,

    Defendant/Counter-Claimant,

BRUCE DUNN,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2012.**

    Plaintiff's Motion to Modify Schedule [filed October 26, 2012; docket #92] is **denied without prejudice** for Plaintiff's failure to comply with D.C. Colo. LCivR 7.1A. Plaintiff states that Defendant "indicates that he OPPOSES OR AGREES TO the entry of an order granting the relief requested." Plaintiff's certification is nonsensical and, therefore, fails to comply fully with the local rule.[1]

---

[1] Further, Plaintiff fails to list in the title of the motion whether the motion is "unopposed" in contravention of D.C. Colo. LCivR 7.1B.