CenturyLink | Qwest Privacy Policy



About Us | Residential | Small Business | Large Business | Wholesale

## About Us

Company Information | Investor Relations | Community | Press Room | Careers | Governance | Legal

- Acceptable Use Policy
- Privacy Policy
- Copyright Notices
- Website User Agreement
- Online Security
- Terms & Conditions

# Qwest's Privacy Policy

**Effective August 20, 2010**

Política de Privacidad de Qwest en Español

## Overview

Like most companies, we collect information about our customers and use it to provide our services. We also share it as needed to meet our business goals or fulfill our legal obligations. We protect the information we have about our customers, and we require those we share it with to protect it too.

The purpose of this overview is to describe the information we collect, how we use and share it, the choices you have about our use and sharing, and the steps we take to protect it. This overview summarizes and gives you direct links to the relevant sections of our full Privacy Policy, which you can find *here*. To see answers to frequently asked questions (FAQs) about our practices related to collection, use and sharing of customer information, *click here*.

What information does Qwest collect?

How does Qwest use customer information?

Does Qwest share customer information?

What choices do our customers have about the customer information we collect and how we use it?

What access do customers have to information about them?

How long does Qwest retain customer information?

How does Qwest secure customer information?

Questions about this policy or our practices?

▸ Qwest Frequently Asked Questions (FAQs)

▸ Qwest Choice TV Privacy Notice

**What information does Qwest collect?**

We collect information from customers when we provide our services, which include Internet access, local and long distance telephone, Voice over Internet Protocol (VoIP), and additional voice and broadband services. The information we collect may include your name, address, email address, telephone number, date of birth, social security number, driver's license number, credit information, payment information, and contact information. We may also collect information about how you use our services.

We also collect information from visitors to our websites and those who click on our Internet ads. This may include information such as the user's operating system, location, Internet Protocol (IP) address, and what sites the user visited immediately before or after our site.

**Recording, reviewing or monitoring of your interactions with Qwest.** For quality assurance and training, we sometimes review email correspondence and record or listen to calls to or from our customer service and repair personnel, sales offices, and business account managers. We also save the text of "click to chat" sessions with our online sales and service consultants, and may save screen shots when customers give our repair personnel remote access to their computers for technical support.

**Network management.** We collect and use information generated on our networks to manage them and to keep our services running efficiently. For example, we monitor data to check for viruses, to control spam, to prevent attacks that might disable our services, to ensure that your traffic does not violate our Qwest High-Speed Internet Subscriber Agreement or our Acceptable Use Policy, and to guard against other inappropriate or illegal activity. This involves looking at the characteristics of our network traffic, such as traffic volumes, beginning and ending points of transmissions, and the types of applications being used to send traffic across our network. Sometimes we need to look into the content of the data (such as the specific websites being visited, files being transmitted, or application being used) for the purposes described above, in circumstances when we are concerned about fraud or harassment, to repair

**EXHIBIT B**

CenturyLink | Qwest Privacy Policy

a problem we detect or that a customer contacts us about, or when we are providing the content of broadband traffic to law enforcement which we only do as authorized by law.

You can get more detail about our collection practices by clicking here.

^Top of overview

### How does Qwest use customer information?

We use customer information to provide Qwest services and keep you informed of changes to our services, to market our services and sometimes those of others, to manage our networks, and to plan improvements to the services we offer and the way we interact with our customers.

You can get more detail about our uses of customer information by clicking here.

^Top of overview

### Does Qwest share customer information?

Yes, but we do so responsibly. Qwest is made up of a number of companies and we share information among them. We also use other companies to help us market, sell and bill for our services, and we share information with them. We share information with companies that give us credit evaluations (and let them use the information we give them to provide credit evaluation services for others), collect our unpaid bills, or provide other services to us (such as advice on products or services our customers may be interested in). We may also allow companies to match information provided to them by their potential customers with name and address information in our databases to confirm the identity of their potential customers. Our contracts with those companies require them to keep the information safe and confidential.

We may share information with other companies if, for example, we anticipate merging, selling or transferring a portion of our business with or to them. Again, we require those companies to keep the information confidential.

Additionally, we give customer information to other service providers when they have our customer's consent, when they need the information to provision service accurately, bill for their services or verify accounts, or when they have a legal right to the information. We may also provide information to government agencies (other than law enforcement) to help with communications assistance programs, or to gain benefits for our company like lower mailing fees. And we share information with law enforcement when the law allows us to do so, such as in emergencies or to protect our rights and property, including our network and the networks of others. We also respond to lawful demands for information from law enforcement and private parties. The law requires us to share names and phone numbers with emergency service providers, whether that information is publicly available in directories or not.

We also must share similar information with directory publishers (who publish white pages, yellow pages and other similar directories) and directory assistance providers (who provide telephone numbers or addresses to those asking for that information). In some cases we limit how this information is used. And in all cases these companies must honor restrictions you have asked for, such as that your information not be published or used for marketing.

- If you have elected to have your name, address and telephone number published in white pages directories (which means that it will be public information), we allow that information to be used by our official directory publisher and purchasers of our directory assistance offerings for their own marketing or to create marketing lists. To choose not to be included on lists that may be used by others for marketing, click here.

You can get more detail about our sharing of customer information by clicking here.

^Top of overview

### What choices do our customers have about the customer information we collect and how we use it?

You have some choices about what customer information we collect and how we use it.

- You can choose whether to be included in a published directory or directory assistance services. Under federal law, directory publishers and directory assistance providers must honor restrictions requested by our customers, such as that the information not be published or used for marketing.
- If you have elected to have your name, address and telephone number published in white pages directories (which means that it will be public information), we allow that information to be used by our official directory publisher and purchasers of our directory assistance offerings for their own marketing or to create marketing lists. To choose not to be included on lists that may be used by others for marketing, click here.
- You can choose not to receive telephone, direct mail, or email marketing messages from us. To do so, please click here.

You can get more detail about what choices our customers have regarding our collection and use of customer information by clicking here.

^Top of overview

**What access do customers have to information about them?**

You may access information about you in three ways:

- Through your bill, whether you receive it by mail or electronically.
- If you are a residential customer and have an online MyAccount - and we encourage you to establish one at Qwest.com - it shows service information and may provide usage information as well. Business customers may obtain information online through QControl.
- You can also call us to discuss your account or to authorize someone else to talk with us about your services or other account details.
    - Residential: 1-800-244-1111
    - Small business: 1-800-603-6000
    - Larger business: 1-800-777-9594 (or your dedicated account representative)

You can get more detail about accessing customer information by clicking here.

^Top of overview

**How long does Qwest retain customer information?**

How long we keep different types of information is determined by business requirements and applicable laws and regulations.

^Top of overview

**How does Qwest secure customer information?**

We take the security of our customer information seriously. We do several things to protect it:

- We have administrative, physical and technical controls to safeguard it;
- We train our employees on the importance of protecting it; and
- We require businesses that act on our behalf and have access to our information to keep information about you confidential and secure.

You can get more detail about how Qwest secures customer information by clicking here.

^Top of overview

**Questions about this policy or our practices?**

Please email us at privacy@qwest.com, or write us at:

Qwest Privacy Group
1801 California Street, Suite 1160
Denver, CO 80202

^Top of overview

## Qwest Full Privacy Policy

What information does Qwest collect and how does Qwest use customer information?

    General practices - collection
    General practices - use
    When Qwest provides voice service
    When Qwest is your Internet service provider
    When you visit a Qwest website
    When Qwest advertises on others' websites

Does Qwest share customer information?

    General practices
    Sharing of customer information with third parties for their use
    Disclosure of information through links from Qwest websites
    When other companies advertise on Qwest websites
    Sharing of customer information with the government

What choices do our customers have about information we collect and how we use it?

    General practices
    Choices regarding directory listings
    Choices regarding marketing contacts

CenturyLink | Qwest Privacy Policy

What access do customers have to information about them?

How does Qwest secure customer information?

Changes to this Privacy Policy

Contacting us

**What information does Qwest collect and how does Qwest use customer information?**

General practices – collection

**Signing up and ordering services.** When customers sign up for service, we ask for their name, street address, email address, how they want their listing to appear in phone directories and directory assistance, and contact information. We may ask for date of birth, social security or driver's license numbers (to confirm identity or determine creditworthiness), billing information including whether bills should be sent by mail or set up for online access, and bank account or credit card information if a customer elects to pay electronically. We also keep notes of contacts we have with our customers.

**Recording, reviewing or monitoring of your interactions with Qwest.** For quality assurance and training, we sometimes review email correspondence and record or listen to calls made to or from our customer service and repair personnel, sales offices, and business account managers. We also save the text of "click to chat" sessions with our online sales and service consultants, and may save screen shots when customers give our repair personnel remote access to their computers for technical support.

**Network recording of service usage.** We record information about usage of our networks or systems. For example, we may collect dates and times of calls and numbers called or calling. If a customer activates a "call trace" feature, we will record the number of the calling party. And when we are your Internet service provider (ISP), we maintain logs of the total volume of data a user transmits, and the date, time and length of time that a user accessed the Internet through our services, including the user's IP address at the time. For more about information we collect see the section below entitled, When Qwest is your Internet service provider.

**Information collected when visiting Qwest websites.** When a user visits a Qwest website (such as Qwest.com or myqwest.com), we get information about the user's operating system and its browser, the site accessed immediately before accessing a Qwest website, pages the user goes to within the Qwest website and sometimes the website accessed after leaving a Qwest website. We also get the user's Internet Protocol (IP) address,* including the city and state of its location. That lets us customize product availability and pricing for that community. We may also keep information entered by users on our online order pages, even if the customer does not complete an order.

*An IP address is assigned to a user's browser by the user's ISP. The IP address identifies users on the Internet by a number, and part of that number usually identifies the user's city and state. Your IP address stays the same while you're connected to the Internet, but a new one may get assigned between Internet sessions.

**When other companies advertise on Qwest websites.** When other companies advertise on Qwest websites like myqwest.com, the ad networks (companies that help businesses place Internet advertising) and advertisers we work with to place ads there may put a cookie or web beacon on your computer. The ad networks use these cookies and web beacons to keep track of what ads are displayed and whether users click on the ads (both as required by their relationships with advertisers), and to better understand the ads that users like. We do not allow the ad networks or advertisers who advertise on our sites to place cookies or web beacons in order to gather information that identifies users individually or builds profiles about their web use. All the ad networks we work with agree to the Network Advertising Initiative (NAI) Principles and participate in the NAI's opt-out process. To learn more about cookies, web beacons, and the NAI and its opt-out process go to our Frequently Asked Questions

**Information collected when clicking on Qwest ads on other websites.** When we place ads on others' websites, the ad networks we work with give us general information about users who click on our ads, including the types of browsers they use and their city and state. The ad networks we work with may use that information to predict what Qwest ads may be most effective in a location.

**Multiple privacy policies might apply.** In some cases, more than one privacy policy will determine how information about you is collected and used. For example, when we sell you services either with or through another business (such as an Internet, TV or wireless service), their privacy policies will be relevant. This is also true when you access non-Qwest websites.

**Personal information collected from third parties.** We receive information about our customers from other businesses. This happens, for example, when another business sells our services, or when we bundle our services with services from a TV or wireless company. It also happens when we bill for a business, such as a long distance company or other type of service provider. We also buy information about our customers from businesses that gather it from many sources, including the Census Bureau and public records. Finally, we work with companies that provide us email addresses for our customers.

^Top of full policy

CenturyLink | Qwest Privacy Policy

General practices – use

**Routine business uses of personal information.** We use information that we collect from customers or generate while providing our services to set up and maintain accounts, provide and repair our services, respond to customers' questions and concerns, bill and collect for our services, and communicate with our customers and others about our services. We also use our customer information, and information we buy from third parties, to determine our customers' creditworthiness and predict what new services our customers may want. We do not resell customer information that we buy from third parties.

^Top of full policy


When Qwest provides voice service

As a communications service provider of local, long distance, and Voice over Internet Protocol (VoIP) services, we collect and use information as outlined above under General Practices.

When we provide VoIP service, an extra step is necessary. In line with Federal Communications Commission (FCC) rules, we rely on our customers to keep their service addresses current by updating their online customer profile when they change locations. In the event of an emergency, we provide this information to first responders so that they can find you.

^Top of full policy


When Qwest is your Internet service provider

As your ISP, we collect and use information as outlined above under General Practices.

**Information we collect when Qwest provides Internet access.** We collect and use information generated on our networks to manage them, and to keep our services running efficiently. For example, we monitor data to check for viruses, to control spam, to prevent attacks that might disable our services, to ensure that your traffic does not violate our Qwest High-Speed Internet Subscriber Agreement or our Acceptable Use Policy, and to guard against other inappropriate or illegal activity. This involves looking at the characteristics of our network traffic, such as traffic volumes, beginning and ending points of transmissions, and the types of applications being used to send traffic across our network.

Sometimes we need to look into the content of the data (such as the specific websites being visited, files being transmitted, or application being used) for the purposes described above, in circumstances when we are concerned about fraud or harassment, to repair a problem we detect or that a customer contacts us about, or when we are providing the content of broadband traffic to law enforcement which we only do as authorized by law.

Most of the specific information we collect that is attributable to a user is kept only for a matter of hours or days. We may retain data for longer if, for example, we see patterns in the traffic that give us concerns about potential harm to our network, or if we are doing a specific study on the impact of certain applications used on our networks. We also retain for longer periods logs of the total amounts of data transmitted, and the date, time, and duration of access to the Internet through our services by a user, including the user's IP address at the time.

We do not look into the content of your email, websites visited or other communications for marketing purposes.

**Children's use of Qwest's Internet services.** We understand that children may use our Internet services. We urge you to pay attention to what your children are doing on the Internet and what sites they are visiting. For more information about online safety, please visit our sponsored site at http://www.incredibleinternet.com/online-safety. Also, check out http://www.netsmartz411.org, a resource provided by the National Center for Missing and Exploited Children, for answering questions about Internet safety, computers, and the web.

^Top of full policy


When you visit a Qwest website

**Information collection and use.** We maintain a variety of websites, some for general audiences (such as myqwest.com) and some for specific customer segments such as large businesses. When a user visits one of these sites, our systems use "cookies," or similar tracking files that provide information about the user's operating system and its browser, the site accessed immediately before accessing a Qwest website and sometimes the website accessed after leaving a Qwest website. To learn more about cookies and other Internet information technologies visit our Frequently Asked Questions.

We also collect information about users when they interact with our sites, such as which pages they visit and any ads they click on.

We use this information to analyze and manage our sites so we can keep making them better. To improve our visitors' experiences, we may store preferences or other information they volunteer to personalize service offerings and ads. For example, we may use a stored telephone number and location to show local product availability and pricing.

We also use information we collect from our sites for security purposes, such as to detect unauthorized intrusions, prevent malicious attacks, and help ensure a safe online experience for our customers.

We may also keep information entered by users on our online order pages, even if the customer does not complete an order. We use this information for marketing purposes.

**Collecting information from children under 13.** Our websites are intended for general audiences. Our content is not designed to attract children. We do not knowingly collect personal information from children under 13. Note that other providers' web pages are accessible through links on many of our websites, and those providers may have different practices on collecting and using information from children under 13. If you are concerned about those sites, you should review them and their privacy policies.

^Top of full policy

When Qwest advertises on others' websites

We work with ad networks (companies that help businesses place Internet advertising) to place our ads on other companies' websites. This process could involve the use of cookies or other Internet information technologies by the ad networks. To learn more about cookies and other Internet information technologies visit our Frequently Asked Questions. Ad networks also give us feedback about the effectiveness of our ads.

All the ad networks we work with agree to the Network Advertising Initiative (NAI) Principles and participate in the NAI's opt-out process. To learn more about NAI and its opt-out process go to our Frequently Asked Questions.

^Top of full policy

Does Qwest share customer information?

General practices

**Sharing information within Qwest.** Qwest is made up of a number of companies and we share information among them as permitted by law. We think you benefit when we better understand your interests and needs. And knowing more about how our customers use our services and sharing that information among Qwest's companies helps us improve our networks, the services we provide, and our customer service. It also lets us personalize our interactions with you, including your online experience.

**Sharing information with companies who support our services.** We share customer information with companies that help us market, sell, bill and collect for, and otherwise support our services. Often when these companies act on our behalf, they refer to themselves as "Qwest." We also share limited customer information with companies that provide our customers with telephone equipment, Internet services, TV offerings, and wireless services, which we may sell as part of our service packages. We require these businesses to use our information *only* for the purposes we specify and to protect it from unauthorized access or disclosure.

**Providing information when lawfully permitted and necessary.** Like other businesses, we may share customer information: (1) to comply with laws or to respond to lawful demands such as subpoenas or court orders; (2) to assert or defend our legal rights or the rights of our employees, agents, contractors, or customers; (3) to investigate and protect against fraud, harassment, or other types of unlawful activity involving us, other providers we do business with, or our customers; (4) to protect our property, including our networks, or the property or networks of others; or (5) as otherwise permitted by law.

**Sharing information when merging, selling or transferring part of our business.** If we decide to merge, sell or transfer a part of our business to or with another company, we might provide confidential customer information to the company as part of the decision process or as a result of the sale. We might also provide customer information to another company if we decide to stop providing a service. In all these cases, the companies receiving the information would be required to keep it confidential and use it only for the purposes that would be stated in our agreements with those companies.

**Providing information when customers ask.** We will disclose information about a customer's account to others when the customer asks us to do so in writing. For information on where to send a request go to our Frequently Asked Questions.

**Caller ID.** We disclose customer information through call-identifying products and services like Caller ID. In some instances, you can block that disclosure. For more information about call-identifying features and how to block disclosure of that information go to our Frequently Asked Questions.

**Sharing of customer proprietary network information (CPNI).** CPNI is a subcategory of protected customer information defined by federal law as information about a consumer's account, including usage and billing of telecommunications services. Those services are offered by providers of traditional local, long distance, and wireless services, as well as providers of Voice over Internet Protocol (VoIP) services to consumers. CPNI includes what services you subscribe to, how you use them, and what service providers charge you for them. It does not include your name, address, telephone number, or other types of information such as information about your telephone equipment or Internet access services. Communications companies are required to treat CPNI confidentially, and we do. The FCC regulates when and how CPNI can be shared and used. To find out more about the FCC's CPNI rules go to our

CenturyLink | Qwest Privacy Policy

Frequently Asked Questions.

^Top of full policy

### Sharing of customer information with third parties for their use

Subject to the exceptions described below for credit reporting businesses and identity confirmation services, we share customer information with third parties for their own use either because the law requires it or customers have consented to it. For the most part, federal law covers the release of information in these circumstances.

**Providing information to other carriers and service providers.** We share customer information with carriers and other service providers, including competing local and long distance companies, VoIP providers, Internet service providers, and billing companies so that they can accurately provide and bill for their services. This exchange of information is often legally required, and is also consistent with industry standards. In some cases the customer whose information is being provided is a customer of both Qwest and the other provider. In other cases, the other provider has told us that it has the customer's permission to receive the information. And we will also share information with another provider if we suspect fraud, harassment, a threat to their networks, or some other unlawful activity.

For example, companies like Qwest are legally required to provide customer information to long distance and other service providers (or their billing agents) so they can verify orders, be aware of customer moves, get paid for their services and for other similar non-marketing purposes. We are required to provide such information even if the information is not listed or published, and the law limits these companies in their use of the information.

**Directory publishers.** By law, when Qwest accepts a directory listing for publication, we must provide that listing information to all directory publishers - both our official publisher as well as third-party publishers. When we receive listings from other carriers, they tell us what directories (if any) they want their customer information published in. Once publishers have the listing information, they can use, sort, organize or package the information in any manner they wish: arranged by name or by telephone number, for example, or published in paper directories, electronic directories over the Internet, on CDs, or in any future directory format that may be developed.

We are also required to give directory publishers the names and addresses of customers with non-listed and non-published information. These publishers can use this information *only* to deliver their directories and for no other purpose.

- If you have elected to have your name, address and telephone number published in white pages directories (which means that it will be public information), we allow that information to be used by our official directory publisher and purchasers of our directory assistance offerings for their own marketing or to create marketing lists. To choose not to be included on lists that may be used by others for marketing, *click here*.

**Directory assistance providers.** The Federal Communications Commission requires carriers to share customer names, addresses, and telephone numbers with directory assistance providers (including names but not telephone numbers of non-published customers). Some of these providers offer Internet or online directory assistance services. The FCC does not allow us to restrict how these providers use the customer information we give them. But we do require companies that buy our directory assistance information to sign a contract agreeing to honor restrictions you have asked for, such as that it not be published, when they use the information for purposes other than directory assistance.

**Emergency service providers.** Federal law requires us to provide customer names, addresses, and telephone numbers - including information on non-published and non-listed customers - to emergency services providers, including 911 and reverse-911 providers (who notify the public of emergencies). This information is also provided to those responsible for answering 911 calls when they receive such calls.

**Credit reporting businesses.** We may provide information on customers' payment histories to credit evaluation or reporting businesses. We may permit those businesses to incorporate that information into their own databases as part of offering their services.

**Identity confirmation services.** We may also allow companies to match information provided to them by their potential customers with name and address information in our databases to confirm the identity of their potential customers.

**California privacy rights.** California Civil Code Section 1798.83 entitles California customers to request information concerning whether a business has disclosed personal information to any third parties for the third parties' direct marketing uses. California customers who want more information about our compliance with this law or have questions or concerns about our privacy practices and policies may contact us at privacy@qwest.com.

^Top of full policy

### Disclosure of information through links from Qwest websites

Our websites contain links to websites of other businesses. We are not responsible for information those sites collect. If you are concerned about the information collected by these other sites, you should review their privacy policies.

^Top of full policy

CenturyLink | Qwest Privacy Policy

### When other companies advertise on Qwest websites

When other companies advertise on Qwest websites like myqwest.com, the ad networks and advertisers we work with to place ads there may put a cookie or web beacon on your computer. The ad networks use these cookies and web beacons to keep track of what ads are displayed and whether users click on the ads (both as required by their relationships with advertisers), and to better understand the ads that users like. We do not allow the ad networks or advertisers who advertise on our sites to place cookies or web beacons in order to gather information that identifies users individually or builds profiles about their web use. All the ad networks we work with agree to the Network Advertising Initiative (NAI) Principles and participate in the NAI?s opt-out process. **To learn more** about cookies, web beacons, and the NAI and its opt-out process go to our Frequently Asked Questions.

^Top of full policy

### Sharing of customer information with the government

**Responding to lawful process.** We may provide customer information to the government in response to a subpoena, warrant or court order. Among the information we might be asked to provide are a customer's name, address, telephone number, account number, any Internet Protocol or network address that we assigned to the customer, records of service usage (including interactive session times and durations), how long the customer has subscribed to our services (including start date and the types of services used), and the means and source of customer payment (including any credit card or bank account number used to pay for our services). In response to a search warrant or court order, we may be required to disclose to law enforcement agencies the content of and records relating to telephone calls, email messages (including attachments), and Internet usage. We do not provide notice to our customers of law enforcement demands for information. But our usual policy is to provide notice and the opportunity to object when we receive requests related to civil lawsuits whether from the government or private parties.

**Voluntary release of information in an emergency.** We may provide customer information to the government if we believe in good faith that an emergency involving immediate danger of death or serious physical injury to any person requires disclosure without delay.

**Other voluntary releases of information.** Under certain conditions, we voluntarily share information with governmental agencies:

- If we encounter situations where we think our customers or others that we might be in contact with are violating the law, we may contact law enforcement and provide them with the information that led to our belief.
- When customers complain about us to federal and state regulatory authorities, we provide pertinent information (including customer information) in response to those complaints.
- We may share information with the government to protect our rights or property, including information indicating that some portion of our network or the network of another provider is or has been subject to a cyber attack.
- Periodically, we compare our customers' name and address information with the information possessed by the U.S. Postal Service. This lets us mail at reduced rates and helps ensure that our customers get their bills and other information from us more economically and reliably.
- We also share information with federal and state agencies in connection with their programs to fund universal service and other communications assistance programs for low-income or otherwise eligible persons, including persons with disabilities.

**Reporting of child pornography.** Like other service providers, we are required to report apparent violations of laws concerning child pornography when we know of facts or circumstances that warrant a report. In those cases, we contact the National Center for Missing and Exploited Children and may also contact law enforcement directly.

^Top of full policy

### What choices do our customers have about information we collect and how we use it?

#### General practices

**Telephone directory treatment.** You can choose whether and how your entry appears in Qwest directories and through Qwest directory assistance. You can choose not to have your name and address in these directory services at all or opt for full names or initials, or full or partial addresses.

**Product choices.** We provide a number of telephone related services that may help you protect your privacy, including Caller ID and Caller ID blocking services, Anonymous Call Rejection, and No Solicitation. For more information about these services, please contact us:

- Residential: 1-800-244-1111
- Small business: 1-800-603-6000
- Larger business: 1-800-777-9594 (or your dedicated account representative)

**Third party marketing.** If you have elected to have your name, address and telephone number published in white pages directories (which means that it will be public information), we allow that information to be used by our official directory publisher and purchasers of our directory assistance offerings for their own marketing or to create marketing lists. **To choose not to be included on lists that may be used by others for marketing, *click* here.**

**Opting out of marketing communications.** You can ask not to receive our marketing calls, mail and email. You may

CenturyLink | Qwest Privacy Policy

still receive informational or administrative calls, mail or email. See Choices regarding marketing contacts below.

^Top of full policy

### Choices regarding directory listings

You can choose not to be published in our directories or listed in our directory assistance service. A non-published status means that a number is unavailable in both places, while a non-listed status means that name and number are not printed in directories but are available through directory assistance. To make one of these choices (for which there is usually a fee), please contact us:

- Residential: 1-800-244-1111
- Small business: 1-800-603-6000
- Larger business: 1-800-777-9594 (or your dedicated account representative)

If you choose to be listed in a directory, you can limit the information provided. For example, you can decide to list only your last name and first initial, or you may use either a community address (such as "Denver") or no address at all.

**Please note** that we are required to give non-published and non-listed customer names and addresses to directory publishers for directory deliveries and to directory assistance providers. But we mark the information so that they know our customers' privacy choices and by contract we require them to follow those preferences.

^Top of full policy

### Choices regarding marketing contacts

**Telephone.** Federal Do Not Call laws allow you to place residential landline and wireless phone numbers on the National Do Not Call Registry to prevent telemarketing calls to those numbers. If you would like to add your numbers to this list, you may do so by calling 1-888-382-1222, or by visiting www.donotcall.gov.

**Please note** that being on a federal or state Do Not Call list will not keep customers from getting our marketing calls because we have an established business relationship with our customers.

Residential customers who don't want to receive our marketing telephone calls may ask to be placed on our internal Do Not Call list. For more information see http://www.qwest.com/legal/donotcall/files/Qwest_s_Do_Not_Call_Policy.pdf.

If a current Qwest customer does not want to receive our marketing calls, the customer must expressly tell us not to call by getting on our internal Do Not Call list by *clicking here* or *calling* us at:

- Residential: 1-800-244-1111
- Small business: 1-800-603-6000
- Larger business: 1-800-777-9594 (or your dedicated account representative)

**Direct mail.** If you want to stop direct mail marketing, including the receipt of catalogs, from companies other than Qwest, you should contact them directly or go to the Direct Marketing Association (DMA) website at https://www.dmachoice.org/dma/member/home.action for more information.

If you do not want to receive our direct mail marketing, you must expressly tell us by *clicking here* or contacting us at the telephone number above. We will stop sending you direct mail marketing for two years from the date of your request.

**Email marketing.** To stop receiving commercial emails from us, follow the "unsubscribe" instructions on the email message, *click here* or contact us at the telephone number above.

Our Qwest.com MyAccount residential customers may also go to their My Profile, email preferences, to add or remove themselves from our email lists.

**Please note** that it may take up to thirty days for your choices regarding marketing contacts from us to become effective. If you are our customer, you will still receive service related contacts and notices from us even if you choose not to receive marketing contacts.

^Top of full policy

### What access do customers have to information about them?

**Access through billing statements.** Your monthly billing statement contains the primary name on your account, the services you subscribe to or use, and the amount billed. A paper billing statement may contain less detailed information about specific services or usage than information available online. Both may contain other information, such as regulatory notices and charges passed on to you from other service providers. If you find a mistake in the information we have or if you have any questions about your account, please call us at:

- Residential: 1-800-244-1111
- Small business: 1-800-603-6000
- Larger business: 1-800-777-9594 (or your dedicated account representative)

CenturyLink | Qwest Privacy Policy

**Telephone and online access.** We will discuss your account with you or with someone you authorize (once the caller is properly authenticated). Information may also be available to an authorized user through your online account profile or through interactive tools on our website such as "click to chat." If you want to authorize someone to talk about your services or other account details, call us at the telephone number above.

**Releasing information upon written request.** We will release information about your account to others when you ask us to do so in writing. For information on where to send your request go to our Frequently Asked Questions.

**Protecting your passwords.** Please help us protect your privacy by guarding the confidentiality of your password and other authentication information.

^Top of full policy


## How does Qwest secure customer information?

**Qwest controls generally.** We have many information databases and systems, all of which have administrative, physical, and technical controls designed to safeguard them and prevent unauthorized access to customer information.

**Securing sensitive information.** We use secure technologies to transfer sensitive information. We comply with the Payment Card Industry Data Security Standards, and a variety of other standards, as well as federal and state laws regarding the protection of customer information.

**Restricted access to information.** Only Qwest employees, agents, service providers and other businesses we work and share information with and who have a legitimate business purpose are authorized to access customer information. This access is strictly defined (often involving password controlled access and other security controls) and subject to policies and contracts requiring confidential treatment of the information.

**Employee and vendor training.** We require employees to protect customers' information. We train our employees on those policies when they are hired, and we update that training routinely. When necessary, we train vendors on our policies as well.

**Proactively protecting your own information.** We encourage our customers to actively protect their personal information. Don't give identifying information to strangers or others unless you're certain they have a right to or a need for the information. Also, protect the security of personal information you transmit over home networks, wireless routers, WiFi networks, and similar devices by using encryption and other techniques to prevent unauthorized interception.

If you think information about you or others has been disclosed without proper authorization, please contact us at privacy@qwest.com, or write us at:

Qwest Privacy Group
1801 California Street, Suite 1160
Denver, CO 80202

^Top of full policy


## Changes to this Privacy Policy

We update this privacy policy from time to time to reflect evolving technology and other service, process and policy changes. We will notify you of any material changes by posting a notice on our website home page and the privacy policy page for 30 days before making the change.

^Top of full policy


## Contacting us

For questions about this policy or our practices, please email us at privacy@qwest.com, or write us at:

Qwest Privacy Group
1801 California Street, Suite 1160
Denver, CO 80202

^Top of full policy


Home    About Us    Careers    Investor Relations    Media    Legal    Privacy    Site Map    Tariffs

© 2011 Qwest Communications International. All Rights Reserved.                    Feedback    Find a Store    Contact Us