IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00886-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS and BRUCE DUNN,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO COMPEL, TO CONTINUE THE HEARING ON NOVEMBER 5, 2012, AND TO STAY DISCOVERY PROCEEDINGS PENDING THE RESOLUTION OF PLAINTIFF'S MOTION TO DISMISS SECOND AMENDED COUNTERCLAIM**

    Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for the entry of an order allowing Plaintiff a brief one (1) day extension to file its response to Defendant's Motion to Compel, and continuing the hearing on Defendant's Motion to Compel in this matter pending resolution of Plaintiff's Motion to Dismiss Second Amended Counterclaim, and states:

    1.    Plaintiff filed its Motion to Dismiss Defendant's Second Amended Counterclaim ("Motion to Dismiss") today, November 2, 2012 [Dkt. 86].

    2.    On August 3, 2012, Defendant propounded its First Requests for Production, Admissions, and First Interrogatories on Plaintiff.

    3.    On October 11, 2012, Defendant Fantalis filed his Motion to Compel Plaintiff to Produce Answers to Discovery Requests and Request for Sanctions [Dkt. 86] ("Motion to Compel"). Plaintiff's response is due today, November 2, 2012.

    4.    Although a response is currently being prepared, an unexpected emergency matter has occupied Plaintiff's attention all day. Counsel for Plaintiff requires a brief extension of one

(1) day within which to finalize its opposition to Defendant's Motion to Compel and file same with the Court.

5. Plaintiff has timely responded to Defendant's discovery, but has objected to certain portions of the discovery requests, because Defendant asks for documents and other information relevant to claims that Plaintiff believes will be dismissed upon adjudication of its Motion to Dismiss.

6. It would cause Plaintiff undue burden to produce all the information requested by Defendants because many of Defendant's claims should be dismissed as a matter of law.

7. A hearing on Defendant's Motion to Compel has been scheduled for Monday, November 5, 2012 at 2:00 PM. Plaintiff believes this hearing is premature because until its Motion to Dismiss Second Amended Counterclaim is adjudicated, the claims in Defendant's Second Counterclaim are not set.

8. Good cause exists to grant this motion because continuing the hearing until after the Motion to Dismiss has been adjudicated will permit the parties' to ascertain the scope of the claims in this case.

9. Accordingly, Plaintiff respectfully requests that this Court allow it one (1) additional day to file its response to Defendant's Motion to Compel, continue the hearing on Defendant's Motion to Compel until after the Court rules on the pending Motion to Dismiss Second Amended Counterclaim, and staying discovery pending resolution of same.

10. Undersigned has conferred with Defendant Fantalis who does not agree to the relief requested herein.

11. This request is made in good faith and not made for the purpose of undue delay.

WHEREFORE, Plaintiff, respectfully requests that this Court grant this Motion and enter

an order granting Plaintiff one additional day to file its response to Defendant's Motion to Compel, continuing the hearing on Defendant's Motion to Compel and staying discovery until after the Court rules on the pending Motion to Dismiss Second Amended Counterclaim. A proposed order is attached for the Court's convenience.

Dated: November 2, 2012

                                        Respectfully submitted,

                                        By: /s/*Jason Kotzker*
                                        Jason Kotzker
                                        jason@klgip.com
                                        KOTZKER LAW GROUP
                                        9609 S. University Blvd. #632134
                                        Highlands Ranch, CO 80163
                                        Phone: 303-875-5386
                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: /s/*Jason Kotzker*
                                        Jason Kotzker