IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00886-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS and BRUCE DUNN,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO COMPEL, TO CONTINUE THE HEARING ON NOVEMBER 5, 2012, AND TO STAY DISCOVERY PROCEEDINGS PENDING THE RESOLUTION OF PLAINTIFF'S MOTION TO DISMISS SECOND AMENDED COUNTERCLAIM**

**THIS CAUSE** having come before the Court upon Plaintiff's Motion for Extension of Time to File Response to Defendant's Motion to Compel, to Continue the Hearing on November 5, 2012, and to Stay Discovery Proceedings Pending the Resolution of Plaintiff's Motion to Dismiss Second Amended Complaint ("Motion"), and the Court having reviewed said motion, and being otherwise duly advised in the premises, does hereby:

**ORDER AND ADJUDGE**:

    1.    Plaintiff's Motion is granted.

    2.    Plaintiff shall have until Monday, November 5, 2012 to file its response to Defendant's Motion to Compel.

    3.    The hearing on Defendant's Motion to Compel currently scheduled for November 5, 2012 will be reset following the Court's decision on Plaintiff's Motion to Dismiss Plaintiff's Second Amended Counterclaim.

**DONE AND ORDERED** this ___ day of _____, 2012.

By: _____
**UNITED STATES DISTRICT JUDGE**