IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00886-MEH

MALIBU MEDIA, LLC,

      Plaintiff/Counter-Defendant,

v.

JEFF FANTALIS,

      Defendant/Counter-Claimant,

BRUCE DUNN,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 2, 2012.**

      Plaintiff's Motion for Extension of Time to File Response to Defendant's Motion to Compel, to Continue the Hearing on November 5, 2012, and to Stay Discovery Proceedings Pending the Resolution of Plaintiff's Motion to Dismiss Second Amended Counterclaim [filed November 2, 2012; docket #97] is **denied without prejudice** for Plaintiff's failure to comply with D.C. Colo. LCivR 7.1C in seeking multiple forms of relief in a single request. *See id.* ("A motion shall be made in a separate paper.").

      Due to Defendant Fantalis' *pro se* status and the urgency of this matter, the Court directs counsel for the Plaintiff to inform Defendant Fantalis of the content of this order today.