**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-00886-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JEFF FANTALIS and BRUCE DUNN,

      Defendants.

_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO**
**DEFENDANT'S MOTION TO COMPEL**

Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for the entry of an order allowing Plaintiff a brief one (1) day extension to file its response to Defendant's Motion to Compel, and states:

1.      Plaintiff filed its Motion to Dismiss Defendant's Second Amended Counterclaim ("Motion to Dismiss") today, November 2, 2012 [Dkt. 86].

2.      On August 3, 2012, Defendant propounded its First Requests for Production, Admissions, and First Interrogatories on Plaintiff.

3.      On October 11, 2012, Defendant Fantalis filed his Motion to Compel Plaintiff to Produce Answers to Discovery Requests and Request for Sanctions [Dkt. 86] ("Motion to Compel").  Plaintiff's response is due today, November 2, 2012.

4.      Although a response is currently being prepared, an unexpected emergency matter has occupied Plaintiff's attention all day.  Counsel for Plaintiff requires a brief extension of one (1) day within which to finalize its opposition to Defendant's Motion to Compel and file same with the Court.

5.      Plaintiff has timely responded to Defendant's discovery, but Defendant has objected to certain portions of the discovery requests, because Defendant asks for documents and other information relevant to claims that Plaintiff believes will be dismissed upon adjudication of its pending Motion to Dismiss.

6.      It would cause Plaintiff undue burden to produce all the information requested by

7.      Good cause exists to grant this motion because continuing the hearing until after the Motion to Dismiss has been adjudicated will permit the parties' to ascertain the scope of the claims in this case.

8.      Accordingly, Plaintiff respectfully requests that this Court allow it one (1) additional day to file its response to Defendant's Motion to Compel.

9.      Undersigned has conferred with Defendant Fantalis who does not agree to the relief requested herein.

10.     This request is made in good faith and not made for the purpose of undue delay.

WHEREFORE, Plaintiff, respectfully requests that this Court grant this Motion and enter an order granting Plaintiff one additional day to file its response to Defendant's Motion to Compel. A proposed order is attached for the Court's convenience.

Dated: November 2, 2012

Respectfully submitted,

By: /s/Jason Kotzker
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system. A copy of the foregoing document was also sent via email to Mr. Fantalis.

By: /s/*Jason Kotzker*
Jason Kotzker