# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00886-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS and BRUCE DUNN,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO COMPEL

**THIS CAUSE** having come before the Court upon Plaintiff's Motion for Extension of Time to File Response to Defendant's Motion to Compel ("Motion"), and the Court having reviewed said motion, and being otherwise duly advised in the premises, does hereby:

**ORDER AND ADJUDGE**:

1. Plaintiff's Motion is granted.

2. Plaintiff shall have until Monday, November 5, 2012 to file its response to Defendant's Motion to Compel.

**DONE AND ORDERED** this \_\_\_ day of _____, 2012.


By _____
**UNITED STATES DISTRICT JUDGE**

1