# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00886-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS and BRUCE DUNN,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO COMPEL

**THIS CAUSE** having come before the Court upon Plaintiff's Motion to Continue Hearing on Defendant's Motion to Compel ("Motion"), and the Court having reviewed said motion, and being otherwise duly advised in the premises, does hereby:

**ORDER AND ADJUDGE**:

1. Plaintiff's Motion is granted.

2. The hearing on Defendant's Motion to Compel currently scheduled for November 5, 2012 will be reset following the Court's decision on Plaintiff's Motion to Dismiss Plaintiff's Second Amended Counterclaim.

**DONE AND ORDERED** this ___ day of _____, 2012.


                                                       By _____
                                                            **UNITED STATES DISTRICT JUDGE**