IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00886-MEH

MALIBU MEDIA, LLC,

    Plaintiff/Counter-Defendant,

v.

JEFF FANTALIS,

    Defendant/Counter-Claimant,

BRUCE DUNN,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2012.**

    Plaintiff's Motion to Continue the Hearing on November 5, 2012 [filed November 2, 2012; docket #100] is **denied**. The hearing will proceed as scheduled.

    Due to Defendant Fantalis' *pro se* status and the urgency of this matter, the Court directs counsel for the Plaintiff to inform Defendant Fantalis of the content of this order today.