**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-00886-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS and BRUCE DUNN,

    Defendants.

_____/

**STIPULATION TO DISMISS COUNT II FOR
CONTRIBUTORY INFRINGEMENT AGAINST DEFENDANT WITH PREJUDICE**

PLEASE TAKE NOTICE, Plaintiff, Malibu Media, LLC, and Defendant, Jeff Fantalis, hereby stipulate to the entry of an order dismissing Plaintiff's claim for contributory copyright infringement with prejudice.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Jason Kotzker* | By: /s/ *Jeff Fantalis* |
| Jason Kotzker | Jeff Fantalis |
| jason@klgip.com | 818 Trail Ridge Drive |
| KOTZKER LAW GROUP | Louisville, CO 80027 |
| 9609 S. University Blvd. #632134 | jfantalis@hotmail.com |
| Highlands Ranch, CO 80163 | Phone: 303-482-1211 |
| Phone: 303-875-5386 | *Pro Se* |
| *Attorney for Plaintiff* | |

Dated: November 9, 2012

1

2

**ORDER ON STIPULATION TO DISMISS COUNT II FOR
CONTRIBUTORY INFRINGEMENT AGAINST DEFENDANT WITH PREJUDICE**

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss Count II for Contributory Infringement Against Defendant with Prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Count II of Plaintiff's Complaint for Contributory Infringement against Defendant is hereby dismissed with prejudice.

SO ORDERED this ___ day of _____, 2012.


By: _____
**UNITED STATES MAGISTRATE JUDGE**