# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00886-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS and BRUCE DUNN,

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF ELECTING STATUTORY DAMAGES

PLEASE TAKE NOTICE, Plaintiff, Malibu Media, LLC ("Plaintiff"), hereby elects to only seek statutory damages from Defendant and waives its right to actual damages.

Dated: November 9, 2012

    Respectfully submitted,
    By: /s/*Jason Kotzker*
    Jason Kotzker
    jason@klgip.com
    KOTZKER LAW GROUP
    9609 S. University Blvd. #632134
    Highlands Ranch, CO 80163
    Phone: 303-875-5386
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

    By: /s/*Jason Kotzker*