IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00886-MEH

MALIBU MEDIA, LLC,

       Plaintiff/Counter-Defendant,

v.

JEFF FANTALIS,

       Defendant/Counter-Claimant,

BRUCE DUNN,

       Defendant.

---

## ORDER ON STIPULATION TO DISMISS COUNT II FOR CONTRIBUTORY INFRINGEMENT AGAINST DEFENDANT WITH PREJUDICE

---

**Michael E. Hegarty, United States Magistrate Judge**.

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss Count II for Contributory Infringement Against Defendant with Prejudice, and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE**: Count II of the Plaintiff's Complaint for Contributory Infringement against Defendant Jeff Fantalis is hereby dismissed with prejudice.

SO ORDERED this 15th day of November, 2012.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge