# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00886-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS and BRUCE DUNN,

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT JEFF FANTALIS

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Defendant, JEFF FANTALIS, and pursuant to the terms in the Settlement Agreement, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Defendant was assigned the IP address 184.96.0.193.

Dated: November 15, 2012

    Respectfully submitted,
    By: /s/*Jason Kotzker*
    Jason Kotzker
    jason@klgip.com
    KOTZKER LAW GROUP
    9609 S. University Blvd. #632134
    Highlands Ranch, CO 80163
    Phone: 303-875-5386
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system. In addition, a copy of the foregoing document was sent to Defendant, Jeff Fantalis, via electronic mail.

By: /s/ *Jason Kotzker*