IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00886-MEH

Malibu Media, LLC,

    Plaintiff,

v.

Jeff Fantalis and Bruce Dunn

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 6 2012

JEFFREY P. COLWELL
CLERK

## DEFENDANT'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO PLAINTIFF MALIBU MEDIA, LLC

PLEASE TAKE NOTICE, Defendant hereby voluntarily dismisses all claims against Plaintiff, Malibu Media, LLC, <u>with prejudice</u>. Pursuant to Fed.R.Civ.P 41(c)(1), Plaintiff has not served a responsive pleading to Defendant's Counterclaim. Consistent herewith, Defendant consents to the Court having its case closed for administrative purposes.

Respectfully submitted,

Jeff Fantalis
Defendant *pro se*
818 Trail Ridge Drive
Louisville CO 80027
(303) 482-1211
Dated: November 15, 2012

## CERTIFICATION OF SERVICE

I, Jeff Fantalis, hereby certify that on November 15, 2012, I caused this Notice of Voluntary Dismissal to be filed with the Clerk of the Court by U.S. Mail, delivery confirmation, at the following address:

Clerk's Office
Alfred A. Arraj United States Courthouse
Room A-105
901 19th Street
Denver, Colorado 80294-3589

On the same date, I served a copy of this Notice of Voluntary Dismissal upon Plaintiff by U.S. Mail and courtesy e-mail to Plaintiff's attorney of record, pursuant to agreement with counsel:

Jason A. Kotzker
Kotzker Law Group
9609 S. University Blvd. #632134
Highlands Ranch CO 80163
Email: jason@klgip.com

/s/ Jeff Fantalis
Defendant *pro se*
Dated: November 15, 2012