IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00886-MEH

MALIBU MEDIA, LLC,

    Plaintiff/Counter-Defendant,

v.

JEFF FANTALIS,

    Defendant/Counter-Claimant,

BRUCE DUNN,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 16, 2012.**

    Before the Court is Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of Defendant Jeff Fantalis [filed November 15, 2012; docket #114] and Defendant's Notice of Voluntary Dismissal with Prejudice as to Plaintiff Malibu Media, LLC [docket #115].  Although the Court understands from these filings that the parties seek to dismiss their claims against one another with prejudice, the parties must comply with the rules of civil procedure in attempting to dismiss the case.

    Accordingly, the Plaintiff's notice is **stricken** for failure to comply with Fed. R. Civ. P. 41(a).[1]  Defendant Fantalis filed an answer and counterclaims in this action; thus, the Plaintiff must file either a stipulation of dismissal signed by both parties pursuant to Rule 41(a)(1), or a motion to dismiss pursuant to Rule 41(a)(2).

---

[1] Defendant's notice pursuant to Fed. R. Civ. P. 41(a)(1)(A) is correct since the Plaintiff's motion to dismiss Defendant's counterclaims is not a responsive pleading pursuant to Fed. R. Civ. P. 7.