# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00886-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS and BRUCE DUNN,

    Defendants.
_____/

## STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT FANTALIS WITH PREJUDICE

PLEASE TAKE NOTICE, Plaintiff, Malibu Media, LLC, and Defendant, Jeff Fantalis, pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate to the entry of an order dismissing Plaintiff's Complaint against Defendant Fantalis with prejudice.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Jason Kotzker* | By: /s/ *Jeff Fantalis* |
| Jason Kotzker | Jeff Fantalis |
| jason@klgip.com | 818 Trail Ridge Drive |
| KOTZKER LAW GROUP | Louisville, CO 80027 |
| 9609 S. University Blvd. #632134 | jfantalis@hotmail.com |
| Highlands Ranch, CO 80163 | Phone: 303-482-1211 |
| Phone: 303-875-5386 | *Pro Se* |
| *Attorney for Plaintiff* | |

Dated: November 21, 2012

1

## ORDER ON STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT FANTALIS WITH PREJUDICE

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss Plaintiff's Complaint against Defendant Fantalis With Prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Complaint against Defendant is hereby dismissed with prejudice.

SO ORDERED this ___ day of _____, 2012.

By: _____
**UNITED STATES MAGISTRATE JUDGE**