IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00886-MSK-MEH

MALIBU MEDIA, LLC,

     Plaintiff,

v.

BRUCE DUNN,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 30, 2012.**

     In light of the Order of Dismissal with Prejudice of claims between Plaintiff and Defendant Jeff Fantalis [docket #118], the Final Pretrial Conference scheduled to be held March 5, 2013, the Trial Preparation Conference scheduled to be held April 19, 2013, and the Jury Trial scheduled to commence May 6, 2013 are hereby **vacated**.