IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-00886-MSK-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEFF FANTALIS; and
BRUCE DUNN,

    Defendants.

---

**DEFAULT JUDGMENT**

---

    **PURSUANT TO** the Court's Opinion and Order Overruling Objections, Adopting Recommendation In Part, and Granting Default Judgment in part, judgment is hereby entered by default in favor of Plaintiff Malibu Media, LLC and against Defendant Bruce Dunn on Claim 1, Direct Copyright Infringement, as follows:

    1. The Plaintiff is awarded statutory damages in the amount of $2,500, plus attorney's fees and costs in the amount of $739.26, for a total of $3,239.26. This sum shall bear post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of this judgment until paid.

    2. Mr. Dunn shall immediately destroy all copies of the Works identified in the

Complaint, made or used by him in violation of Malibu's exclusive rights, as well as all masters in his possession from which such copies may be reproduced.

Dated this 19th day of March, 2013.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
Chief United States District Judge

Accordingly, the Court **OVERRULES** Mr. Fantalis' Objections **(# 87)**, **ADOPTS** the Magistrate Judge's Recommendation in part, and **GRANTS IN PART AND DENIES IN PART** Malibu's Motion for Default Judgment **(# 41)** against Mr. Dunn. The Court will enter a default judgment in Malibu's favor on the terms set forth herein.

Dated this __ day of ___, 2013.

**BY THE COURT:**

_____

Marcia S. Krieger
Chief United States District Judge